| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Square Melons, Inc** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-4445621** |

| 4. | Debtor's address | **Principal place of business**  **10849 Kinghurst Street, Suite 135**  **Houston, TX 77099**  Number, Street, City, State & ZIP Code  **Harris**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | **Squaremelons.com** |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |
|---|---|---|

Debtor **Square Melons, Inc**  
      Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5415**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.  
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____  
District _____ When _____ Case number, if known _____

| Debtor | Square Melons, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Square Melons, Inc** | Case number (*if known*) |
| | Name | |

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 24, 2018**
                    MM / DD / YYYY

X **/s/ Safeer Hassan**                                              **Safeer Hassan**
Signature of authorized representative of debtor         Printed name

Title   **CEO**

**18. Signature of attorney**

X **/s/ Jessica Lee Hoff**                          Date  **September 24, 2018**
Signature of attorney for debtor                              MM / DD / YYYY

**Jessica Lee Hoff 24093963**
Printed name

**Hoff Law Offices, P.C.**
Firm name

**14 Inverness Drive East, Suite 236**
**Englewood, CO 80112**
Number, Street, City, State & ZIP Code

Contact phone  **3038034438**     Email address  **jhoff@hofflawoffices.com**

**24093963 TX**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Square Melons, Inc**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amailey Plumbing<br>One Sugar Creek Center Blvd, Suite 880<br>Sugar Land, TX 77478 | | Purported Breach of Contract | Disputed | | | $91,598.00 |
| Ascentium Capital<br>PO Box 301593<br>Dallas, TX 75303-1593 | | Furniture and Equipment Loan | | $69,665.20 | $10,000.00 | $59,665.20 |
| Batool Hassan<br>6107 Baron Hill Lane<br>Sugar Land, TX 77479 | | Partner Buyout | | | | $33,772.79 |
| BBVA Compass Bank<br>PO Box 192<br>Birmingham, AL 35201-0192 | | Revolving Line of Credit | | | | $51,526.31 |
| BBVA Compass Bank<br>PO Box 192<br>Birmingham, AL 35201-0192 | | Revolving Line of Credit | | | | $14,474.85 |
| Benchmark Auto<br>4455 LBJ Freeway Suite 1200<br>Dallas, TX 75244 | | Auto Lease | | $73,275.60 | $71,000.00 | $2,275.60 |
| Department of the Treasury<br>IRS<br>Ogden, UT 84201-0005 | | Payroll Taxes | | | | $7,890.60 |
| Hooten Family Trust<br>11111 Katy Freeway Suite 535<br>Houston, TX 77079 | | Office Lease | | | | $78,313.38 |

Debtor **Square Melons, Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mighty Inyang**<br>**2616 S Loop W.,**<br>**Suite 210**<br>**Houston, TX 77054** | | **Purported Breach of Contract** | **Disputed** | | | $36,643.75 |
| **Safeer Hassan**<br>**6107 Baron Hill Lane**<br>**Sugar Land, TX 77479** | | **Loans** | | | | $9,000.00 |
| **TBF Financial LLC**<br>**740 Waukegan Rd**<br>**Suite 404**<br>**Deerfield, IL 60015** | | **Revolving Line of Credit** | | | | $18,196.00 |
| **The Apex Organization, Inc.**<br>**10849 Kinghurst Street, Suite 135**<br>**Houston, TX 77099** | | **Loan** | | | | $3,719.01 |
| **Transco Labs LLC**<br>**9100 Southwest Freeway, Suite 201**<br>**Houston, TX 77074** | | **Loan** | | | | $22,700.00 |

Amailey Plumbing
One Sugar Creek Center Blvd, Suite 880
Sugar Land, TX 77478


Ascentium Capital
PO Box 301593
Dallas, TX 75303-1593


Batool Hassan
6107 Baron Hill Lane
Sugar Land, TX 77479


Batool Hassan
6107 Baron Hill Lane
Sugar Land, TX 77479


BBVA Compass Bank
PO Box 192
Birmingham, AL 35201-0192


BBVA Compass Bank
PO Box 192
Birmingham, AL 35201-0192


Benchmark Auto
4455 LBJ Freeway Suite 1200
Dallas, TX 75244


Department of the Treasury
IRS
Ogden, UT 84201-0005

Hooten Family Trust  
11111 Katy Freeway Suite 535  
Houston, TX 77079

Hooten Family Trust  
11111 Katy Freeway Suite 535  
Houston, TX 77079

Mighty Inyang  
2616 S Loop W., Suite 210  
Houston, TX 77054

Safeer Hassan  
6107 Baron Hill Lane  
Sugar Land, TX 77479

Safeer Hassan  
6107 Baron Hill Lane  
Sugar Land, TX 77479

Safeer Hassan  
6107 Baron Hill Lane  
Sugar Land, TX 77479

Safeer Hassan  
6107 Baron Hill Lane  
Sugar Land, TX 77479

Safeer Hassan  
6107 Baron Hill Lane  
Sugar Land, TX 77479

Safeer Hassan
6107 Baron Hill Lane
Sugar Land, TX 77479

Safeer Hassan
6107 Baron Hill Lane
Sugar Land, TX 77479

Stephens, PLLC
2616 South Loop Way Suite 210
Houston, TX 77054

TBF Financial LLC
740 Waukegan Rd Suite 404
Deerfield, IL 60015

The Apex Organization, Inc.
10849 Kinghurst Street, Suite 135
Houston, TX 77099

Transco Labs LLC
9100 Southwest Freeway, Suite 201
Houston, TX 77074

# United States Bankruptcy Court
## Southern District of Texas

In re  **Square Melons, Inc** Case No.
Debtor(s) Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Square Melons, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The Apex Organization, Inc.**
**10849 Kinghurst Street, Suite 135**
**Houston, TX 77099**

☐ None [*Check if applicable*]

| | |
|---|---|
| **September 24, 2018** | **/s/ Jessica Lee Hoff** |
| Date | **Jessica Lee Hoff 24093963** |
| | Signature of Attorney or Litigant |
| | Counsel for **Square Melons, Inc** |
| | **Hoff Law Offices, P.C.** |
| | **14 Inverness Drive East, Suite 236** |
| | **Englewood, CO 80112** |
| | **3038034438 Fax:3036486648** |
| | **jhoff@hofflawoffices.com** |