**Fill in this information to identify the case:**

Debtor name: **Square Melons, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): **18-35304**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | BBVA Compass | Checking | 8875 | $7,824.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                    $7,824.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | Security Deposit | $2,447.29 |
   |---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                                                    $2,447.29
   Add lines 7 through 8. Copy the total to line 81.

Debtor **Square Melons, Inc**  Case number *(If known)* **18-35304**
Name

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11. Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 22,000.00 | - | 14,000.00 | = .... $8,000.00 |
| | face amount | | doubtful or uncollectible accounts | |

**12. Total of Part 3.** $8,000.00
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** Development Projects: Alara Garage Website 80% Complete 1,000.00, Alara Racing Website 60% Complete 1,250, Clemtex Web Application 80% Complete 13,500, Kubosh Law Web Application 30% Complete 50,000, MedSpa Website 50% Complete 650.00, Quail Construction Website 25% Complete 1,000, Quotogo Web Application 95% Complete 7,800, Mia Diamonds Website 80% Complete $675.00 *** Projected Amounts Due Upon Completion, Amounts Can Change if the Projects vary. | | $0.00 | | $75,875.00 |

Debtor  **Square Melons, Inc**  
Name

Case number (If known) **18-35304**

**Month to Month Service Clients**

**Alara Garage SEO** $ 750.00  
**Costectomy Maintenance** $ 600.00  
**CUE - Elite Rewards Group SEO** $ 1,350.00  
**CUE - Armor Resort Services SEO** $ 750.00  
**Transco Labs Email Hosting** $ 50.00  
**The Apex Organization Email Hosting** $ 10.00  
**Impowersoft Email Hosting** $ 70.00  
**Boardwalk Insurance SEO & Email Hosting** $ 620.00  
**Gulf Coast Urology SEO** $ 1,020.00  
**GotGrillz SEO** $ 900.00  
**University Mazda SMO** $ 750.00  
**University Kia SMO** $ 750.00  
**G2 Precision Email Hosting** $ 80.00

$0.00                $7,700.00

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**          $83,575.00  
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**  
    ■ No  
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**  
    ■ No  
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**  
    ■ No  
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.  
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

| Debtor | **Square Melons, Inc** | Case number (If known) | **18-35304** |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Tripp Lite SRW9U Wall Mount Server Rack Cabinet**<br>**Computer Monitor Mount (Generic)**<br>**TV Mount (Generic)**<br>**Schlage FE595 Oil Rubbed Bronze Keypad Door Lock**<br>**Schlage F40ACC613 Privacy Oil Rubbed Bronze Door Lock**<br>**Generic Mechanical High Strenght**<br>**Genesis Building Materials 745-00 2x4' Smooth Pro Lay-in Ceiling Tiles - White**<br><br>**Generic 6' HDMI Cable**<br><br>**Generic 10' HDMI Cable**<br>**Generic 35' HDMI Cable**<br>**Leegoal 6' SVGA Male to Male Cable**<br>**Generic 100' HDMI Cable**<br>**WALI Floating 2 Shelf System**<br>**Ematic TV Wall Mount Kit with Cable Mgmt**<br>**VideoSecu Pair of Side Clamping Shelves**<br>**Solar Gard Film for Panel Windows (includes labor)**<br>**Thermal Spray-on Insulation and Coating for 1,300 SF**<br>**Customer Selected Panel Art from Houzz (includes tax and shipping) - 15 Pieces**<br>**Barcelona Style Leather Chairs - Black Leather**<br>**Chrome Finish Glass End Table**<br>**Palisander Style Plywood Lounge Chair - PU Black Leather**<br>**Glacier Bay N2428RB 1.28G Commode - White**<br>**Glacier Bay GB24P2COM White 30.5'' Vanity - White**<br>**Rectangular Wall Bathroom Mirror**<br>**Glacier Bay 2 handle LED Faucet 67513-6404**<br>**36x30x12 Wall Cabinet Unfinished Oak W3630OHD**<br>**Retro Home 24'' Swivel Bar Stool with Back Support**<br>**Retro Home 30'' Swivel Bar Stool**<br>**Stanley Hardware S829-275 2.5'' Concave Door Stop**<br>**Edsal TRK-482478W5 Black Steel Shelving**<br>**25.4 cu ft Side by Side Fridge** | **$0.00** | | **$21,616.15** |

| Debtor | Square Melons, Inc | Case number (If known) 18-35304 |
|---|---|---|
| | Name | |

|  |  |  |
|---|---|---|
| 1.66 cu ft Compact Fridge with Freezer Black<br>Duracabinet Pro II 6-piece Garage Storage<br>5' x 8' Acryllic Signage<br>Kiddie Pro KID466204 Tri-class Dry Chemical<br>Fire Extinguisher - 10 lbs.<br>9' Commercial Doors with Frame and<br>Installation - Left Swing (used)<br>9' Commercial Doors with Frame and<br>Installation - Right Swing (used)<br>72" Kitchen Counter with 18" sink (used)<br>1" Aluminium Blinds<br>Foremost Modular Door Cube Storage System<br>Delivery, Installation and Configuration of all<br>items excluding fans and lights - Non-taxable.<br>Scissor lift rental for 7 days. | $0.00 | $27,152.92 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                $48,769.07

    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | 47.1. | 2001 Acura NFX Targa 13,000 used as a marketing tool. | $0.00 | | $76,400.00 |
|---|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor  **Square Melons, Inc**  
       Name

Case number (If known) **18-35304**

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$76,400.00** |
| 52. | **Is a depreciation schedule available for any of the property listed in Part 8?**<br>■ No<br>☐ Yes | |
| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Square Melons, Inc**
Name

Case number (If known) **18-35304**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $7,824.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $2,447.29 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $8,000.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $83,575.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $48,769.07 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $76,400.00 | |
| 88. **Real property.** Copy line 56, Part 9.......> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $227,015.36 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $227,015.36 |