**Fill in this information to identify the case:**

Debtor name: **Square Melons, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): **18-35304**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, **Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Batool Hassan** | **6107 Baron Hill Lane**<br>**Sugar Land, TX 77479** | **Benchmark Auto** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Safeer Hassan** | **6107 Baron Hill Lane**<br>**Sugar Land, TX 77479** | **BBVA Compass Bank** | ☐ D ____<br>■ E/F  **3.4**<br>☐ G ____ |
| 2.3 | **Safeer Hassan** | **6107 Baron Hill Lane**<br>**Sugar Land, TX 77479** | **TBF Financial LLC** | ☐ D ____<br>■ E/F  **3.9**<br>☐ G ____ |
| 2.4 | **Safeer Hassan** | **6107 Baron Hill Lane**<br>**Sugar Land, TX 77479** | **Hooten Family Trust** | ☐ D ____<br>■ E/F  **3.6**<br>☐ G ____ |
| 2.5 | **Safeer Hassan** | **6107 Baron Hill Lane**<br>**Sugar Land, TX 77479** | **Hooten Family Trust** | ☐ D ____<br>☐ E/F ____<br>■ G  **2.1** |