**Fill in this information to identify the case:**

Debtor name: **Square Melons, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): 18-35304

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A – **Amount of claim** – Do not deduct the value of collateral.

Column B – **Value of collateral that supports this claim**

| | | | Column A | Column B |
|---|---|---|---|---|
| 2.1 | **Ascentium Capital** <br> Creditor's Name <br><br> **PO Box 301593** <br> **Dallas, TX 75303-1593** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **4/27/2016** <br> **Last 4 digits of account number** <br> **9512** <br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br> **1.66 cu ft Compact Fridge with Freezer Black** <br> **Duracabinet Pro II 6-piece Garage Storage** <br> **5' x 8' Acryllic Signage** <br> **Kiddie Pro KID466204 Tri-class Dry Chemical Fire Extinguisher - 10 lbs.** <br> **9' Commercial Doors with Frame and Installation - Le** <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $27,152.92 | $27,152.92 |
| 2.2 | **Ascentium Capital** <br> Creditor's Name <br><br> **PO Box 301593** <br> **Dallas, TX 75303-1593** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **Tripp Lite SRW9U Wall Mount Server Rack Cabinet** <br> **Computer Monitor Mount (Generic)** <br> **TV Mount (Generic)** <br> **Schlage FE595 Oil Rubbed Bronze Keypad Door Lock** <br> **Schlage F40ACC613 Privacy Oil Rubbed Bronze Door Lock** <br> **Generic Mechanical High Strenght** <br><br> **Describe the lien** | | $42,512.28 | $21,616.15 |

| Debtor | Square Melons, Inc | Case number (if know) | 18-35304 |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Benchmark Auto** | Describe debtor's property that is subject to a lien | $73,275.60 | $76,400.00 |
|---|---|---|---|---|
| | Creditor's Name | 2001 Acura NFX Targa 13,000 used as a marketing tool. | | |

**4455 LBJ Freeway Suite 1200**
**Dallas, TX 75244**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
06/24/2017

**Last 4 digits of account number**
7361

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $142,940.80 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Safeer Hassan**<br>**6107 Baron Hill Lane**<br>**Sugar Land, TX 77479** | Line **2.1** | |