| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Square Melons, Inc** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 18-35304 |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   |   | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Amailey Plumbing**<br>**One Sugar Creek Center Blvd, Suite 880**<br>**Sugar Land, TX 77478**<br>Date(s) debt was incurred  **8/23/2013**<br>Last 4 digits of account number  **None** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Purported Breach of Contract**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $91,598.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Batool Hassan**<br>**6107 Baron Hill Lane**<br>**Sugar Land, TX 77479**<br>Date(s) debt was incurred  **1/01/2018**<br>Last 4 digits of account number  **None** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Partner Buyout**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $33,772.79 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**BBVA Compass Bank**<br>**PO Box 192**<br>**Birmingham, AL 35201-0192**<br>Date(s) debt was incurred  **2/2015**<br>Last 4 digits of account number  **4531** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Revolving Line of Credit**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $51,526.31 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**BBVA Compass Bank**<br>**PO Box 192**<br>**Birmingham, AL 35201-0192**<br>Date(s) debt was incurred  **2/2015**<br>Last 4 digits of account number  **3810** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Revolving Line of Credit**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $14,474.85 |

| Debtor | Square Melons, Inc | Case number (if known) | 18-35304 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Department of the Treasury<br>IRS<br>Ogden, UT 84201-0005<br>Date(s) debt was incurred  **5/2018**<br>Last 4 digits of account number  **5621** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Payroll Taxes<br>Is the claim subject to offset?  ■ No   ☐ Yes | $7,890.60 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Hooten Family Trust<br>11111 Katy Freeway Suite 535<br>Houston, TX 77079<br>Date(s) debt was incurred  **1/29/2016**<br>Last 4 digits of account number  **78** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Office Lease<br>Is the claim subject to offset?  ■ No   ☐ Yes | $78,313.38 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Mighty Inyang<br>2616 S Loop W., Suite 210<br>Houston, TX 77054<br>Date(s) debt was incurred  **7/2015**<br>Last 4 digits of account number  **None** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  Purported Breach of Contract<br>Is the claim subject to offset?  ■ No   ☐ Yes | $36,643.75 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Safeer Hassan<br>6107 Baron Hill Lane<br>Sugar Land, TX 77479<br>Date(s) debt was incurred  **2/17/2015-1/25/2016**<br>Last 4 digits of account number  **None** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Loans<br>Is the claim subject to offset?  ■ No   ☐ Yes | $9,000.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>TBF Financial LLC<br>740 Waukegan Rd Suite 404<br>Deerfield, IL 60015<br>Date(s) debt was incurred  **9/21/2015**<br>Last 4 digits of account number  **unknown** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Revolving Line of Credit<br>Is the claim subject to offset?  ■ No   ☐ Yes | $18,196.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>The Apex Organization, Inc.<br>10849 Kinghurst Street, Suite 135<br>Houston, TX 77099<br>Date(s) debt was incurred  **6/27/2012-7/16/2018**<br>Last 4 digits of account number  **None** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Loan<br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,719.01 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Transco Labs LLC<br>9100 Southwest Freeway, Suite 201<br>Houston, TX 77074<br>Date(s) debt was incurred  **1/03/2017-9/10/2018**<br>Last 4 digits of account number | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Loan<br>Is the claim subject to offset?  ■ No   ☐ Yes | $22,700.00 |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Square Melons, Inc | Case number (if known) | 18-35304 |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Safeer Hassan**<br>**6107 Baron Hill Lane**<br>**Sugar Land, TX 77479** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Stephens, PLLC**<br>**2616 South Loop Way Suite 210**<br>**Houston, TX 77054** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 367,834.69 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 367,834.69 |