UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
__Houston__ DIVISION

CASE NAME: SQUARE MELONS INC.

Petition Date: 9/24/2018

CASE NUMBER: 18-35304

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH September 24-30 YEAR 2018

| MONTH | September | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 22,920.00 | | | | | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 2,492.49 | | | | | | | | | | |
| NET INCOME (LOSS) (MOR-6) | 2,492.49 | | | | | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 1,333.15 | | | | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 9,217.00 | | | | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 20,427.51 | | | | | | | | | | |

\*\*\*The original of this document **must be filed** with the United States Bankruptcy Court and **a copy must be sent** to the United States Trustee\*\*\*

Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Are all accounts receivable being collected within terms? **Yes** No  CIRCLE ONE
Have any pre-petition liabilities been paid? Yes **No** If so, describe
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe BBVA ACCOUNT
Are all U. S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization?

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _[signature]_
(ORIGINAL SIGNATURE)

TITLE PRESIDENT

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| CASUALTY  YES( ) NO(X) | |
| LIABILITY  YES( ) NO(X) | |
| VEHICLE   YES(X) NO( ) | |
| WORKER'S  YES( ) NO(X) | |
| OTHER ___  YES( ) NO(X) | |

ATTORNEY NAME: Jessica Hoff
FIRM: Hoff Law Offices, P.C.
ADDRESS: 1200 Smith St.
ADDRESS: Suite 1600
CITY, STATE ZIP: Houston, TX 77002
TELEPHONE: 281-763-2067

MOR-1

CASE NAME: SUAREZ MELENS INC

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| | FILING DATE* 09/24/2018 | MONTH SEPTEMBER 30 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash | 7,824.67 | 1,434.21 | | | | | |
| Accounts Receivable, Net | 13,809.21 | 13,809.21 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other AUTOMOBILE | 71,000.00 | 71,000.00 | | | | | |
| **TOTAL CURRENT ASSETS** | | | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 49,823.62 | 49,823.62 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | | | | | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised 6/14/96

CASE NAME: Square Mounts, Inc.

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 9/24/18 | MONTH September 30 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | | |
| Notes Payable-Secured | 232,714.75 | 229,064.68 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | 7,890.60 | 7,890.60 | | | | | |
| Unsecured Debt | 53,615.01 | 53,615.01 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | | |
| **TOTAL LIABILITIES** | | | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | 445,361.99 | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 445,361.99 | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | | | | | | | |

MOR-3

*Per Schedules and Statement of Affairs

Revised:6/14/96

CASE NAME: Source Neurons Inc.

CASE NUMBER: 18-35304

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH September | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | | | | | | |
| **TAX PAYABLE:** | | | | | | |
| Federal Payroll Taxes | 7,890.60 | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| **TOTAL TAXES PAYABLE** | 7,890.60 | | | | | |
| **SECURED DEBT POST-PETITION** | | | | | | |
| **ACCRUED INTEREST PAYABLE** | | | | | | |
| ***ACCRUED PROFESSIONAL FEES:** | | | | | | |
| **OTHER ACCRUED LIABILITIES:** | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| ***TOTAL POST-PETITION LIABILITIES (MOR-3)*** | | | | | | |

* Payment Requires Court Approval.

MOR-4

Revised 6/14/96

CASE NAME: SAVAGE MEVENS INC.

CASE NUMBER: 18-35304

## AGING OF POST-PETITION LIABILITIES
MONTH September

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91+ | | 7,890.60 | | | | |
| TOTAL | | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | September | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | | | | | |
| 31-60 DAYS | 7,809.27 | | | | |
| 61-90 DAYS | | | | | |
| 91+ DAYS | 6,000.00 | | | | |
| TOTAL | | | | | |

MOR-5

Revised 6/14/96

CASE NAME: Square Mouns Inc

CASE NUMBER: 18-35304

# STATEMENT OF INCOME (LOSS)

| MONTH | SEPTEMBER | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 22,920.00 | | | | | |
| TOTAL COST OF REVENUES | 4,684.00 | | | | | |
| GROSS PROFIT | 18,236.00 | | | | | |
| OPERATING EXPENSES: | | | | | | |
| Selling & Marketing | 279.63 | | | | | |
| General & Administrative | 1,263.66 | | | | | |
| Insiders Compensation | 1,333.15 | | | | | |
| Professional Fees | 9,217.00 | | | | | |
| Other (attach list) | 3,650.00 | | | | | |
| TOTAL OPERATING EXPENSES | 15,743.51 | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 2,492.49 | | | | | |
| INTEREST EXPENSE | | | | | | |
| DEPRECIATION | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | |
| OTHER ITEMS** | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | — | | | | | |
| NET INCOME BEFORE TAXES | 2,492.49 | | | | | |
| FEDERAL INCOME TAXES | — | | | | | |
| NET INCOME (LOSS) (MOR-1) | 2,492.49 | | | | | |

*  *Accrual Accounting Required, Otherwise Footnote With Explanation*
*  *Footnote Mandatory*
**  *Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote*

MOR-6

Revised 6/14/96

CASE NAME: SQUARE MELONS INC.

CASE NUMBER: 18-35304

# CASH RECEIPTS AND DISBURSEMENTS

| | MONTH September | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 22,920.00 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS | 22,920.00 | | | | | | |
| (Withdrawal)Contribution by Individual Debtor* MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | 3,650.07 | | | | | | |
| 11. UTILITIES | 1,187.66 | | | | | | |
| 12. INSURANCE | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 114.94 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 1,333.15 | | | | | | |
| 18. OTHER (attach list) OWNER DRAW | 4,924.69 | | | | | | |
| 19. PROFESSIONAL FEES | 9,217.00 | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | |
| 22. NET CASH FLOW | | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | | | | | | | |

MOR-7

*Applies to Individual debtor's only.

Revised 6/14/96

CASE NAME: Savage Mendons Inc.

CASE NUMBER: 18-35304

# CASH ACCOUNT RECONCILIATION
## MONTH OF September

| BANK NAME | BBVA | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER | #675598861 | # | # | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 1,434.21 | | | | |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | 9,619.80 | | | | |
| ADJUSTED BANK BALANCE | -8,185.59 | | | | |
| BEGINNING CASH - PER BOOKS | 7,824.67 | | | | |
| RECEIPTS | 22,920.00 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION-BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 20,427.51 | | | | |
| ENDING CASH - PER BOOKS | 1,434.21 | | | | |

MOR-8

Revised 6/14/96

CASE NAME: Square Meadows Inc

CASE NUMBER: 18-35304

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Safeer Hassan / President / Draw | September 1,333.15 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Hoff Law Offices | September 9,217.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

MOR-9

Revised 6/14/9

| Date | Description | Amount | Category | Dues & Subscriptions | Professional Development | Merchant Fees | Bank Fees | Equipment Loan | Utilities | Auto Lease | Owner's Draw | BBVA LOC | Travel | Legal Expense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/28/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/27/18 HOSTG | (31.93) | | $ 31.93 | | | | | | | | | | |
| 09/28/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/27/18 EBRAN | (349.00) | | | $ 349.00 | | | | | | | | | |
| 09/28/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/27/18 EBRAN | (25.75) | | | | $ 25.75 | | | | | | | | |
| 09/28/2018 | CREDIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524 | 750.00 | | $ 750.00 | | | | | | | | | | |
| 09/27/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/26/18 EBRAN | (299.00) | | | $ 299.00 | | | | | | | | | |
| 09/27/2018 | NSF CHARGE-RETURNED ITEM CHECK: 013250 $ 9,619 | (38.00) | | | | | $ 38.00 | | | | | | | |
| 09/27/2018 | DEBIT FOR ASCENTIUMCAPITAL AUTH PMT CO REF- 0 | (1,583.30) | | | | | | $ 1,583.30 | | | | | | |
| 09/26/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/25/18 DNH G | (30.98) | | $ 30.98 | | | | | | | | | | |
| 09/26/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/25/18 SUGAF | (998.00) | | | $ 998.00 | | | | | | | | | |
| 09/26/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/25/18 EBRAN | (78.21) | | | | | | | $ 78.21 | | | | | |
| 09/26/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 AMERI | (1,068.40) | | | | | | | | $ 1,068.40 | | | | |
| 09/26/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 BMB A | (1.50) | | $ 1.50 | | | | | | | | | | |
| 09/26/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 MUNIC | (48.78) | | | | | | | $ 48.78 | | | | | |
| 09/26/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524 | 1,420.00 | | | | | | | | | | | | |
| 09/25/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 TX OAK | (124.00) | | | | | | | $ 124.00 | | | | | |
| 09/25/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 Texans | (662.17) | | | | | | | $ 662.17 | | | | | |
| 09/25/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 TX OAK | (33.15) | | | | | | | | | $ 33.15 | | | |
| 09/25/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 TX OAK | (1,300.00) | | | | | | | | | $ 1,300.00 | | | |
| 09/25/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 EXPRE | (323.28) | | | | | | | $ 323.28 | | | | | |
| 09/25/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 PAYPA | (838.00) | | | $ 838.00 | | | | | | | | | |
| 09/25/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/24/18 PAYPA | (25.75) | | | | $ 25.75 | | | | | | | | |
| 09/25/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524 | 750.00 | | $ 750.00 | | | | | | | | | | |
| 09/25/2018 | PAYMENT LOAN# 6725904531 | (998.37) | | | | | | | | | | $ 998.37 | | |
| 09/24/2018 | CHECKCARD PURCHASE - BUC-EE S #31 VISA 102 | (45.70) | | | | | | | | | | | $ 45.70 | |
| 09/24/2018 | CHECKCARD PURCHASE - BUC-EE S #31 VISA 101 | (69.24) | | | | | | | | | | | $ 69.24 | |
| 09/24/2018 | CHECK CLEARED | (4,217.00) | | | | | | | | | | | | $ 4,217.00 |
| 09/24/2018 | CHECK CLEARED #13254 | (2,200.00) | | | $ 2,200.00 | | | | | | | | | |
| 09/24/2018 | CHECK CLEARED #13256 | (5,000.00) | | | | | | | | | | | | $ 5,000.00 |
| 09/24/2018 | INCOMING WIRE REF: 20180924F2QC260C00004220924C | 20,000.00 | | $ 20,000.00 | | | | | | | | | | |
| 09/24/2018 | NSF CHARGE-PAID ITEM $18.07 DEBIT FOR CH ECKCAF | (38.00) | | | | | $ 38.00 | | | | | | | |
| | TOTALS | | | $ 22,920.00 | $ 4,684.00 | $ 100.28 | $ 76.00 | $ 1,583.30 | $ 1,187.66 | $ 1,068.40 | $ 1,333.15 | $ 998.37 | $ 114.94 | $ 9,217.00 |
| | | | | $ 64.41 | | | | | | | | | | |