UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
__Houston__ DIVISION

CASE NAME: __Square Melons Inc__

Petition Date: __09/24/2018__

CASE NUMBER: __18-35304__

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH __October__ YEAR __2018__

| MONTH | October | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 11,847.87 | | | | | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 2,544.79 | | | | | | | | | | |
| NET INCOME (LOSS) (MOR-6) | 2,544.79 | | | | | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 1,000.00 | | | | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | | | | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 9,303.08 | | | | | | | | | | |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee\*\*\*

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No** If so, describe
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization?

| REQUIRED INSURANCE MAINTAINED | | | |
|---|---|---|---|
| AS OF SIGNATURE DATE | | EXP. DATE | |
| CASUALTY | YES(✗) NO( ) | | 10-12-2019 |
| LIABILITY | YES(✗) NO( ) | | 04-02-2019 |
| VEHICLE | YES(✗) NO( ) | | |
| WORKER'S | YES( ) NO(✗) | | |
| OTHER Bus-Pers-Prop | YES(✗) NO( ) | | 10-12-2019 |

ATTORNEY NAME: Jessica Hoff
FIRM: Hoff Law Offices, PC
ADDRESS: 1200 Smith Street, 16th Floor
ADDRESS:
CITY, STATE ZIP: Houston, TX 77002
TELEPHONE: 281-763-2067

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE __President__

MOR-1

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 09/24/2018 | MONTH OCT. 31 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 7,824.67 | 4,431.89 | | | | | |
| Accounts Receivable, Net | 13,809.27 | 13,809.27 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other  Automobile | 71,000.00 | 71,000.00 | | | | | |
| **TOTAL CURRENT ASSETS** | 92,633.94 | 89,241.16 | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 49,823.62 | 49,823.62 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | 142,457.56 | 139,064.79 | | | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 9/24/2018 | MONTH OCT. 31 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes Payable-Secured | 232,714.75 | 226,617.39 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | 7,890.60 | 7,890.60 | | | | | |
| Unsecured Debt | 53,615.01 | 53,615.01 | | | | | |
| Other | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | | | | | | | |
| **TOTAL LIABILITIES** | | | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | 445,361.99 | 445,361.99 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | | | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | | | | | | | |

MOR-3

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH October | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | 7,890.60 | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 7,890.60 | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | | | | | | |

*Payment Requires Court Approval.

MOR-4

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# AGING OF POST-PETITION LIABILITIES

MONTH  OCTOBER

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | 7,890.60 | | | |
| TOTAL | | | 7,890.60 | | | |

# AGING OF ACCOUNTS RECEIVABLE

| MONTH | OCTOBER | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | | | | | |
| 31-60 DAYS | | | | | |
| 61-90 DAYS | 7,809.27 | | | | |
| 91 + DAYS | 6,000.00 | | | | |
| TOTAL | 13,809.27 | | | | |

MOR-5

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# STATEMENT OF INCOME (LOSS)

| MONTH | OCTOBER | | | | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 11,847.87 | | | | | | | | | |
| TOTAL COST OF REVENUES | 1,597.09 | | | | | | | | | |
| GROSS PROFIT | 10,250.78 | | | | | | | | | |
| OPERATING EXPENSES: | | | | | | | | | | |
| Selling & Marketing | 226.16 | | | | | | | | | |
| General & Administrative | 6,479.83 | | | | | | | | | |
| Insiders Compensation | 1,000.00 | | | | | | | | | |
| Professional Fees | | | | | | | | | | |
| Other (attach list) | | | | | | | | | | |
| TOTAL OPERATING EXPENSES | 7,705.99 | | | | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 2,544.79 | | | | | | | | | |
| INTEREST EXPENSE | | | | | | | | | | |
| DEPRECIATION | | | | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | |
| OTHER ITEMS** | | | | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | | | | |
| NET INCOME BEFORE TAXES | 2,544.79 | | | | | | | | | |
| FEDERAL INCOME TAXES | — | | | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | 2,544.79 | | | | | | | | | |

\* *Footnote Mandatory: Accrual Accounting Required, Otherwise Footnote With Explanation*
\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote*

MOR-6

Revised 6/4/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## CASH RECEIPTS AND DISBURSEMENTS

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 11,847.87 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS | 11,847.87 | | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | 2,447.29 | | | | | | |
| 11. UTILITIES | 83.31 | | | | | | |
| 12. INSURANCE | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 186.16 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 4,258.70 | | | | | | |
| 18. OTHER (attach list) Owner Draw | 1,000.00 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | |
| 22. NET CASH FLOW | | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 4,431.89 | | | | | | |

MOR-7

*Applies to Individual debtor's only.

Revised 6/14/96

CASE NAME: Square Melons Inc    CASE NUMBER: 18-35304

# CASH ACCOUNT RECONCILIATION
## MONTH OF October

| BANK NAME | BBVA | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER | # 6755988861 | # | # | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 4,431.89 | | | | |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | 9,619.80 | | | | |
| ADJUSTED BANK BALANCE | -2,487.91 | | | | |
| BEGINNING CASH - PER BOOKS | 1,434.21 | | | | |
| RECEIPTS | 11,847.87 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION-INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 9,303.08 | | | | |
| ENDING CASH - PER BOOKS | 4,431.89 | | | | |

MOR-8

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. SAFEER HASSAN / PRESIDENT / DRAW | OCTOBER 1,000.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

MOR-9

| Date | Description | Balance | Category: | Sales | Merchant Fees | Development Expense | Telephone Expense | Dues & Subscriptions | Travel | Bank Fees | Utilities | Office Supplies | Advertising | Rent | Owner Draw |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/31/18 VZWRLSS APOC | 4,431.89 | | | | | $ (422.30) | | | | | | | | |
| 10/31/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | 4,854.19 | | | | | | | | | | | | | |
| 10/31/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524771199456 | 4,881.01 | | $ 774.00 | $ (26.82) | | | | | | | | | | |
| 10/30/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/29/18 PAYPAL GODAD | 4,107.01 | | | | | | $ (16.94) | | | | | | | |
| 10/30/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | 4,123.95 | | | $ (34.93) | | | | | | | | | | |
| 10/30/2018 | CREDIT FOR INTUIT PYMT SOLN INTUITPMTS CO REF- 524771194( | 4,158.88 | | | $ (2.97) | | | | | | | | | | |
| 10/30/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771194( | 4,161.85 | | | $ (25.75) | | | | | | | | | | |
| 10/30/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524771199456 | 4,187.60 | | $ 1,020.00 | | | | | | | | | | | |
| 10/30/2018 | DEBIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524771199456 | 3,167.60 | | $ 750.00 | | | | | | | | | | | |
| 10/29/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/28/18 HOSTGATOR.CO | 2,417.60 | | | | | | $ (31.93) | | | | | | | |
| 10/29/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/26/18 EBRANDZ INC | 2,449.53 | | | | $ (299.00) | | | | | | | | | |
| 10/29/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | 2,748.53 | | | $ (25.75) | | | | | | | | | | |
| 10/29/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524771199456 | 2,774.28 | | $ 750.00 | | | | | | | | | | | |
| 10/26/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | 2,024.28 | | | $ (48.78) | | | | | | | | | | |
| 10/26/2018 | CREDIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | 2,073.06 | | $ 1,420.00 | | | | | | | | | | | |
| 10/25/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | 653.06 | | | $ (16.02) | | | | | | | | | | |
| 10/25/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/24/18 HCTRA EZ TAG F | 773.06 | | | | | | | $ (120.00) | | | | | | |
| 10/25/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | 789.08 | | | | | | | | | | | | | |
| 10/25/2018 | CREDIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | 325.21 | | $ 463.87 | | | | | | | | | | | |
| 10/25/2018 | NSF CHARGE-RETURNED ITEM $2.97 DEBIT FOR INTUIT PYMT St | 391.26 | | | | | | | | | | | | | |
| 10/22/2018 | NSF CHARGE-RETURNED ITEM $2.97 DEBIT FOR INTUIT PYMT St | 438.34 | | | | | | | | | | | | | |
| 10/22/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524771199456 | (931.66) | | $ 1,370.00 | (47.08) | | | | | | | | | | |
| 10/22/2018 | NSF CHARGE-RETURNED ITEM $41.05 DEBIT FO R INTUIT PYMT | 438.34 | | | | | | | | | | | | | |
| 10/22/2018 | NSF CHARGE-RETURNED ITEM $1,741.63 DEBIT FOR ASCENTIUM | (855.66) | | | | | | | | | | | | | |
| 10/22/2018 | CREDIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771199456 | (817.66) | | $ 1,200.00 | | | | | | | | | | | |
| 10/18/2018 | NSF CHARGE-RETURNED ITEM $2.97 DEBIT FOR INTUIT PYMT St | (2,017.66) | | | | | | | | | | | | | |
| 10/18/2018 | NSF CHARGE-PAID ITEM $15.99 DEBIT FOR CH ECKCARD XXXXX | (1,979.66) | | | | | | | | | $ (38.00) | | | | |
| 10/18/2018 | NSF CHARGE-PAID ITEM $1,741.63 DEBIT FOR ASCENTIUM | (1,941.66) | | | | | | | | | $ (38.00) | | | | |
| 10/17/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/17/18 INVISIONAPP INC | (1,903.66) | | | | | | | | $ (15.99) | | | | | |
| 10/17/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524771199456 | (1,887.67) | | $ 80.00 | | | | | | | | | | | |
| 10/16/2018 | NSF CHARGE-RETURNED ITEM CHECK 013258 $ 9,619.80 CHEC | (1,967.67) | | | | | | | | | | | | | |
| 10/15/2018 | NSF CHARGE-PAID ITEM $99.00 DEBIT FOR CH ECKCARD XXXXX | (1,929.67) | | | | | | | | | $ (38.00) | | | | |
| 10/15/2018 | NSF CHARGE-PAID ITEM $49.38 DEBIT FOR CH ECKCARD XXXXX | (1,891.67) | | | | | | | | | $ (38.00) | | | | |
| 10/15/2018 | NSF CHARGE-PAID ITEM $80.79 DEBIT FOR CH ECKCARD XXXXX | (1,853.67) | | | | | | | | | $ (38.00) | | | | |
| 10/15/2018 | SEP EXCESS WITHDRAWAL FEE | (1,815.67) | | | | | | | | | $ (2.00) | | | | |
| 10/15/2018 | SEP INCOMING WIRE TRANSFER | (1,813.67) | | | | | | | | | $ (15.00) | | | | |
| 10/12/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/13/18 BC BASECAMP 3 | (1,798.67) | | | | | | | $ (99.00) | | | | | | |
| 10/12/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/13/18 PAYPAL GODAD | (1,699.67) | | | | | | | $ (49.38) | | | | | | |
| 10/12/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/13/18 DNH GODADDY | (1,650.29) | | | | | | | $ (80.79) | | | | | | |
| 10/12/2018 | EXTENDED OVERDRAFT CHARGE | (1,569.50) | | | | | | | | | $ (25.00) | | | | |
| 10/10/2018 | NSF CHARGE-PAID ITEM $547.00 DEBIT FOR C HECKCARD XXXX | (1,544.50) | | | | $ (547.00) | | | | | | | | | |
| 10/10/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/09/18 EBRANDZ INC | (1,506.50) | | | | | | | | | $ (38.00) | | | | |
| 10/10/2018 | NSF CHARGE-PAID ITEM $37.31 DEBIT FOR CH ECKCARD XXXXX | (959.50) | | | | | | | | | $ (38.00) | | | | |
| 10/10/2018 | NSF CHARGE-PAID ITEM $16.94 DEBIT FOR CH ECKCARD XXXXX | (921.50) | | | | | | | | | $ (38.00) | | | | |
| 10/10/2018 | NSF CHARGE-PAID ITEM $25.75 DEBIT FOR IN TUIT PYMT SOLN 1 | (883.50) | | | | | | | | | $ (38.00) | | | | |
| 10/09/2018 | NSF CHARGE-PAID ITEM $25.75 DEBIT FOR IN TUIT PYMT SOLN 1 | (845.50) | | | | | | | | $ (37.31) | | | | | |
| 10/09/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/07/18 INTUIT QB ONLII | (808.19) | | | | | | | | $ (16.94) | | | | | |

| Date | Description | | Notes Payable - Secured | Unsecured Debt | Cost of Revenue | Selling & Marketing | G&A |
|---|---|---|---|---|---|---|---|
| 10/09/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 52477199456 | $ (791.25) | | | | | |
| 10/09/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 52477199456 | (765.50) | | | | | |
| 10/09/2018 | NSF CHARGE-PAID ITEM $60.00 DEBIT FOR CH ECKCARD XXXXX | (1,515.50) | | | | | $ (25.75) |
| 10/05/2018 | NSF CHARGE-PAID ITEM $51.50 DEBIT FOR IN TUIT PYMT SOLN I | (1,477.50) | | | | | |
| 10/05/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/04/18 EBRANDZ INC | (1,439.50) | | | $ 750.00 | | |
| 10/05/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 52477199456 | (1,379.50) | | | | | |
| 10/05/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 52477199456 | (1,328.00) | | | | | |
| 10/05/2018 | NSF CHARGE-PAID ITEM $446.74 DEBIT FOR C HECKCARD XXXXX | (2,742.41) | $ 1,500.00 | | | | |
| 10/05/2018 | NSF CHARGE-PAID ITEM $59.59 DEBIT FOR CHE CKCARD XXXXX | (2,628.00) | | | | | |
| 10/04/2018 | NSF CHARGE-PAID ITEM $7.95 DEBIT FOR CHE CKCARD XXXXX | (2,704.41) | | | | | |
| 10/04/2018 | NSF CHARGE-PAID ITEM $83.31 DEBIT FOR CO MCAST 8777702 1 | (2,790.00) | | | | | |
| 10/04/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/03/18 SHOPIFY   55412 | (2,752.00) | | | $ (60.00) | | |
| 10/04/2018 | NSF CHARGE-PAID ITEM $5.16 DEBIT FOR CHE CKCARD XXXXX | (2,666.41) | | | | | |
| 10/04/2018 | NSF CHARGE-PAID ITEM $880.75 DEBIT FOR C HECKCARD XXXXX | (2,628.41) | | | | | |
| 10/03/2018 | NSF CHARGE-PAID ITEM $14.95 DEBIT FOR CH ECKCARD XXXXX | (2,590.41) | | | | | |
| 10/03/2018 | NSF CHARGE-PAID ITEM $70.50 DEBIT FOR CH ECKCARD XXXXX | (2,552.41) | | | | | |
| 10/02/2018 | DEBIT FOR COMCAST 8777702 03020713 CO REF-7823594 | (2,514.41) | | | | | $ (83.31) |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/02/18 8X8, INC. 888-898 | (2,431.10) | | | | $ (446.74) | |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/02/18 FAXAGE | (1,984.36) | | | | $ (7.95) | |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/02/18 TXTAG 888 468 9 | (1,976.41) | | | | | |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/02/18 INTERMEDIA.NE | (1,971.25) | | | | | |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/02/18 AMZN Mktp US M | (1,090.50) | | | $ (880.75) | | |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/02/18 MELALEUCA.ORI | (1,075.55) | | | | | $ (5.16) |
| 10/02/2018 | NSF CHARGE-PAID ITEM $29.95 DEBIT FOR CH ECKCARD XXXXX | (1,005.05) | | | | | |
| 10/02/2018 | NSF CHARGE-PAID ITEM $40.00 DEBIT FOR CH ECKCARD XXXXX | (967.05) | | | | | |
| 10/02/2018 | NSF CHARGE-PAID ITEM $82.06 DEBIT FOR CH ECKCARD XXXXX | (929.05) | | | | $ (82.06) | |
| 10/02/2018 | NSF CHARGE-PAID ITEM $422.18 DEBIT FOR C HECKCARD XXXX | (891.05) | | | $ (422.18) | | |
| 10/02/2018 | NSF CHARGE-PAID ITEM $31.98 DEBIT FOR CH ECKCARD XXXXX | (853.05) | | | | $ (31.98) | |
| 10/02/2018 | DEBIT FOR PL INVESTARREALE WEB PMTS CO REF- QYKJW | (815.05) | | | | | $ (61.00) |
| 10/02/2018 | NSF CHARGE-PAID ITEM $2,447.29 DEBIT FOR PL INVESTARREA | (777.05) | | | | | |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/02/18 AMZN Mktp US M | (747.10) | | | | | |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/01/18 LTF LIFE TIME M | (707.10) | | | | | |
| 10/02/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/01/18 VZWRLSS APOC | (625.04) | | | | | |
| 10/01/2018 | DEBIT FOR CHECKCARD XXXXX1631 10/01/18 PATRIOT SOFTW | (202.86) | | | | | |
| 10/01/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/29/18 SMOKED N CHOI | (170.88) | | | | | |
| 10/01/2018 | CHECK CLEARED  #13257 | 2,276.41 | | | | | |
| 10/01/2018 | DEBIT FOR CHECKCARD XXXXX1631 09/29/18 PAYPAL  XPH | 2,337.41 | | | $ (259.01) | | |
| 10/01/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 52477199456 | 3,337.41 | | | | | |
| 10/01/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 52477199456 | 3,596.42 | | $ (25.75) | | | |
| 10/01/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 52477199456 | 3,622.17 | | (34.93) | | | |
| 10/01/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 52477199456 | 3,657.10 | | | $ 750.00 | | |
| 10/01/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 52477199456 | 2,907.10 | | | $ 1,020.00 | | |
| | TOTALS | $ 11,847.87 | $ (432.08) | $ (1,165.01) | $ (1,299.17) | $ (1,352.66) | $ (186.16) |
| | | | | | | $ (1,182.00) | $ (83.31) |
| | | | | | | $ (226.16) | |
| | | | | | | $ (6,479.83) | |
| | | | | | | | $ (29.95) |
| | | | | | | | $ (14.95) |
| | | | | | | $ (70.50) | |
| | | | | | | $ (115.40) | $ (40.00) |
| | | | | | | $ (40.00) | |
| | | | | | | $ (2,447.29) | |
| | | | | | | $ (2,447.29) | $ (1,000.00) |