UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
__Houston__ DIVISION

CASE NAME: __Square Melons Inc__

Petition Date: __09/24/2018__

CASE NUMBER: __18-35304__

# MONTHLY OPERATING REPORT SUMMARY FOR MONTH __DECEMBER__ YEAR __2018__

| MONTH | DECEMBER | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 6,170.00 | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | -1,351.61 | | | | | |
| NET INCOME (LOSS) (MOR-6) | -1,351.61 | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 841.95 | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 7,604.96 | | | | | |

***The original of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| | | |
|---|---|---|
| REQUIRED INSURANCE MAINTAINED | | |
| AS OF SIGNATURE DATE | EXP. DATE | |
| CASUALTY | YES( ) NO(X) | |
| LIABILITY | YES(X) NO( ) | 10-12-2019 |
| VEHICLE | YES(X) NO( ) | 04-02-2019 |
| WORKER'S | YES( ) NO(X) | |
| OTHER Bus.Pers.Prop | YES(X) NO( ) | 10-12-2019 |

ATTORNEY NAME: Jessica Hoff
FIRM: Hoff Law Offices, PC
ADDRESS: 1200 Smith Street, 16th Floor
ADDRESS:
CITY, STATE, ZIP: Houston, TX 77002
TELEPHONE: 281-763-2067

Are all post-petition liabilities, including taxes, being paid within terms? (Yes) No
Are all accounts receivable being collected within terms? (Yes) No  CIRCLE ONE
Have any pre-petition liabilities been paid? Yes (No) If so, describe
Are all funds received being deposited into DIP bank accounts? (Yes) No
Were any assets disposed of outside the normal course of business? Yes (No)
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current? (Yes) No
What is the status of your Plan of Reorganization?

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1 through
MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE __President__

MOR-1

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 9/24/18 | MONTH DEC 31 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 7,824.67 | 1,711.77 | | | | | |
| Accounts Receivable, Net | 13,809.27 | 13,809.27 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | 71,000.00 | 71,000.00 | | | | | |
| **TOTAL CURRENT ASSETS** | 92,633.94 | 86,521.04 | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 49,823.62 | 49,000.00 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | 142,457.56 | 135,521.04 | | | | | |

*Per Schedules and Statement of Affairs

MOR-2

Revised:6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 9/24/18 | MONTH DEC 31 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes Payable-Secured | 232,714.75 | 221,468.40 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | 7,890.60 | 7,890.60 | | | | | |
| Unsecured Debt | 53,615.01 | 53,615.01 | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | | |
| **TOTAL LIABILITIES** | 294,220.36 | 282,974.01 | | | | | |
| **OWNERS'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | 445,361.99 | 445,361.99 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -162,387.98 | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -151,141.63 | -162,387.98 | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 294,220.36 | 282,974.01 | | | | | |

MOR-3                                    *Per Schedules and Statement of Affairs                              Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>December | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | 7,890.60 | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 7,890.60 | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | | | | | | |

\* Payment Requires Court Approval.

MOR-4

Revised 6/14/96

CASE NAME: Square Melons Inc    CASE NUMBER: 18-35304

## AGING OF POST-PETITION LIABILITIES

MONTH  December

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91+ | 7,890.60 | | | | | |
| TOTAL | 7,890.60 | | | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | December | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91+ DAYS | 13,809.27 | | | | | |
| TOTAL | 13,809.27 | | | | | |

MOR-5    Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# STATEMENT OF INCOME (LOSS)

| MONTH | December | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 6,170.00 | | | | | | |
| TOTAL COST OF REVENUES | 3,585.77 | | | | | | |
| GROSS PROFIT | 2,584.23 | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | 3,093.89 | | | | | | |
| Insiders Compensation | 841.95 | | | | | | |
| Professional Fees | | | | | | | |
| Other (attach list) | | | | | | | |
| TOTAL OPERATING EXPENSES | 3,935.84 | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -1,351.61 | | | | | | |
| INTEREST EXPENSE | | | | | | | |
| DEPRECIATION | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | |
| OTHER ITEMS** | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | |
| NET INCOME BEFORE TAXES | -1,351.61 | | | | | | |
| FEDERAL INCOME TAXES | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | -1,351.61 | | | | | | |

*   Footnote Mandatory
**  Unusual and or infrequent item(s) outside the ordinary course of business; requires footnote

Accrual Accounting Required, Otherwise Footnote With Explanation

MOR-6

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# CASH RECEIPTS AND DISBURSEMENTS

| | MONTH DECEMBER | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 3,146.23 | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 6,170.00 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS | | | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | | | | | | | |
| 11. UTILITIES | 530.10 | | | | | | |
| 12. INSURANCE | 82.85 | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 520.98 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 181.63 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 5,446.95 | | | | | | |
| 18. OTHER (attach list) owner's draw | 841.95 | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 7,604.46 | | | | | | |
| 22. NET CASH FLOW | -1,434.46 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 1,711.77 | | | | | | |

MOR-7

*Applies to Individual debtor's only.

Revised 6/4/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## CASH ACCOUNT RECONCILIATION
### MONTH OF December

| | | # | # | | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | WELLS FARGO | | | | |
| ACCOUNT NUMBER | # 9805488013 | | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | |
| BANK BALANCE | 1,711.77 | | | | |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | | | | | |
| ADJUSTED BANK BALANCE | 1,711.77 | | | | |
| BEGINNING CASH - PER BOOKS | 3,146.23 | | | | |
| RECEIPTS | 6,170.00 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION-BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 7,604.46 | | | | |
| ENDING CASH - PER BOOKS | 1,711.77 | | | | |

MOR-8

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. Sabeer Hassan / President / Draw | December 841.95 | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | |

MOR-9

Revised 6/14/9

| Date | Amount | Description | Income | Merchant Fees | Insurance | Development Expense | Travel | Supplies | Meals and Entertainment | Telephone | Bank Fees | Utilities | Repairs and Maintenance | Dues and Subscriptions | Owners Draw |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/2018 | $ (82.85) | WT FED#09423 AMERICAN FIRST NAT /FTR/BNF=Transco Labs LLC SRF# BUSINESS TO BUSINESS ACH US Insurance Fun Payments 181203 1081- 129635 Safeer Hassan | | | $ (82.85) | | | | | | | | | | |
| 12/3/2018 | $ (1,175.00) | OW00000344776850 TRN#181203086485 RFB# OW00000344776850 PURCHASE AUTHORIZED ON 12/02 BUC-EE'S #31 RICHMOND TX | | | | $ (1,175.00) | | | | | | | | | |
| 12/3/2018 | $ (17.31) | PO030083711869417 CARD 5355 PURCHASE AUTHORIZED ON 12/01 WALGREENS STORE 17330 W G SUGAR LAND TX P005883360241102334 CARD 5355 | | | | | $ (17.31) | | | | | | | | |
| 12/3/2018 | $ (57.57) | PURCHASE AUTHORIZED ON 12/01 HCTRA EZ TAG ONLIN 281-87553279 TX S588335921123224 CARD 5355 | | | | | | | | | | | | | $ (57.57) |
| 12/3/2018 | $ (177.99) | PURCHASE AUTHORIZED ON 12/01 SUBWAY 0052 KATY TX S468335546386113 CARD 5355 | | | | | $ (177.99) | | | | | | | | |
| 12/3/2018 | $ (6.27) | PURCHASE AUTHORIZED ON 12/01 EBRANDZ INC 212-685-6060 NY S588335492355587 CARD 5355 | | | | | | | $ (6.27) | | | | | | |
| 12/3/2018 | $ (568.00) | PURCHASE AUTHORIZED ON 12/01 EBRANDZ INC 212-685-6060 NY S388337535213971 CARD 5355 | | | | $ (568.00) | | | | | | | | | |
| 12/3/2018 | $ (184.98) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181205 5247719945664695 SQUARE MELONS, INC. | | | | | | | | | | $ (184.98) | | | |
| 12/3/2018 | $ (349.00) | PURCHASE AUTHORIZED ON 12/01 EBRANDZ INC 212-685-6060 NY S468335492327951 CARD 5355 | | | | $ (349.00) | | | | | | | | | |
| 12/3/2018 | $ (422.30) | PURCHASE AUTHORIZED ON 12/01 VERIZON WRL MY ACC 800-9220204 CA S588335488015965 CARD 5355 | | | | | | | | $ (422.30) | | | | | |
| 12/3/2018 | $ (17.40) | PURCHASE AUTHORIZED ON 11/30 BASKIN #338339 SUGAR LAND TX S468335121738634 CARD 5355 | | | | | | | $ (17.40) | | | | | | |
| 12/3/2018 | $ (48.04) | PURCHASE AUTHORIZED ON 11/30 SQ *CHICKEN HOLIDA SUGAR LAND TX S388334762290377 CARD 5355 | | | | | | | $ (48.04) | | | | | | |
| 12/3/2018 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 1812030864585 SRF# OW000000346200326 TRN#181205054866 RFB# OW000000346200326 | | | | | | | | | $ (30.00) | | | | |
| 12/3/2018 | $ (1,025.00) | WT FED#05311 AMERICAN FIRST NAT /FTR/BNF=Transco Labs LLC SRF# OW000000346200326 TRN#181205054866 RFB# OW000000346200326 INTUIT PYMT SOLN DEPOSIT 181205 5247719945664695 SQUARE MELONS, INC. | | | | $ (1,025.00) | | | | | | | | | |
| 12/5/2018 | $ 1,500.00 | ONLINE TRANSFER TO IMPOWERSOFT, INC BUSINESS CHECKING XXXXXX3351 REF #IB05HGLTPD ON 12/05/18 | $ 1,500.00 | | | | | | | | | | | | |
| 12/5/2018 | $ (150.00) | ONLINE TRANSFER TO IMPOWERSOFT, INC BUSINESS CHECKING XXXXXX3351 REF #IB05HGTYQJ ON 12/05/18 | | | | | | | | | | | | | $ (150.00) |
| 12/6/2018 | $ (50.00) | PURCHASE AUTHORIZED ON 12/06 SQUARE MELONS, INC. 5247719945664695 SQUARE MELONS, INC. | | $ (50.00) | | | | | | | | | | | |
| 12/6/2018 | $ (51.50) | PURCHASE AUTHORIZED ON 12/06 BUC-EE'S #31 RICHMOND TX P00588340504349896 CARD 5355 | | $ (51.50) | | | | | | | | | | | |
| 12/6/2018 | $ (32.94) | PURCHASE AUTHORIZED ON 12/06 BUC-EE'S #31 RICHMOND TX P003883400377303113 CARD 5355 | | | | | $ (32.94) | | | | | | | | |
| 12/6/2018 | $ (41.09) | PURCHASE AUTHORIZED ON 12/06 THIRD COAST AQUARI HTTPSMERCHANT TX S468340451947582 CARD 5355 | | | | | $ (41.09) | | | | | | | | |
| 12/7/2018 | $ (75.00) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181208 5247719945664695 SQUARE MELONS, INC. | | | | | | | | | | | $ (75.00) | | |
| 12/8/2018 | $ (25.75) | RECURRING PAYMENT AUTHORIZED ON 12/08 SHOPIFY * 57499717 HTTPSSHOPIFY, IL S468343000156910 CARD 5355 | | $ (25.75) | | | | | | | | | | | |
| 12/7/2018 | $ (9.59) | PURCHASE AUTHORIZED ON 12/07 POLLO CAMPERO R067 HOUSTON TX S308341699952931 CARD 5355 | | | | | | | | | | | | $ (9.59) | |
| 12/8/2018 | $ (33.56) | INTUIT PYMT SOLN DEPOSIT 181208 5247719945664695 SQUARE MELONS, INC. | | | | | | | $ (33.56) | | | | | | |
| 12/10/2018 | $ 750.00 | PURCHASE AUTHORIZED ON 12/10 PAYPAL *SCBLE PRS 402-935-7733 CA S588346621174965 CARD 5355 | $ 750.00 | | | | | | | | | | | | |
| 12/10/2018 | $ (273.74) | PURCHASE AUTHORIZED ON 12/12 CITY OF SUGAR LAND 281-275-2756 TX S388344693081866 CARD 5355 | | | | $ (273.74) | | | | | | | | | |
| 12/12/2018 | $ (221.60) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181218 5247719945664695 SQUARE MELONS, INC. | | | | | | | | | | $ (221.60) | | | |
| 12/10/2018 | $ (14.62) | PURCHASE AUTHORIZED ON 12/10 EMPRESS MARKET SUGAR LAND TX S468345062648661 CARD 5355 | | | | | | | $ (14.62) | | | | | | |
| 12/20/2018 | $ (50.00) | PURCHASE AUTHORIZED ON 12/19 SQ *PROFESSIONAL H KATY TX 5745287 MA S588354084876702 CARD 5355 | | | | | | | | | | | | | $ (50.00) |
| 12/20/2018 | $ (18.07) | RECURRING PAYMENT AUTHORIZED ON 12/19 EIG*Hostgator.com 713- P0000000577113079 CARD 5355 | | | | | | | | | | | | $ (18.07) | |
| 12/3/2018 | $ (123.52) | COMCAST CABLE 181211 7814056 SAFEER *HASSAN PURCHASE AUTHORIZED ON 12/11 SQC*CATHY PISCIELL 8774174551 CA | | | | | | | | | | $ (123.52) | | | |
| 12/20/2018 | $ 80.00 | PURCHASE AUTHORIZED ON 12/19 H-E-B #563 SUGARLAND TX INTUIT PYMT SOLN DEPOSIT 181218 5247719945664695 SQUARE MELONS, INC. | $ 80.00 | | | | | | | | | | | | |
| 12/20/2018 | $ (2.97) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181218 5247719945664695 SQUARE MELONS, INC. | | $ (2.97) | | | | | | | | | | | |
| 12/20/2018 | $ (18.85) | PURCHASE AUTHORIZED ON 12/19 RVT*Fort Bend ISD 281-6341000 TX S388353770605306 CARD 5355 | | | | | | $ (18.85) | | | | | | | |
| 12/20/2018 | $ (32.81) | PURCHASE AUTHORIZED ON 12/19 RVT*Fort Bend ISD 281-6341000 TX S468353495885817 CARD 5355 | | | | | | | | | | | | | $ (32.81) |
| 12/20/2018 | $ (51.95) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181225 5247719945664695 SQUARE MELONS, INC. | | | | | | | | | | | | | $ (51.95) |
| 12/26/2018 | $ (25.75) | INTUIT PYMT SOLN DEPOSIT 181225 5247719945664695 SQUARE MELONS, INC. | | $ (25.75) | | | | | | | | | | | |
| 12/26/2018 | $ 750.00 | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181227 5247719945664695 SQUARE MELONS, INC. | $ 750.00 | | | | | | | | | | | | |
| 12/27/2018 | $ (2.63) | PURCHASE AUTHORIZED ON 12/26 INTERMEDIA.NET INC 800-379-7729 WA S308360797423209 CARD 5355 | | $ (2.63) | | | | | | | | | | | |
| 12/27/2018 | $ (439.29) | | | | | | | | | | | | | | $ (439.29) |

| Date | Description | Amount | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/27/2018 | INTUIT PYMT SOLN DEPOSIT 181227 524771994564695 SQUARE MELONS, INC. | $ 70.00 | | | | | | | | |
| 12/28/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181228 524771994564695 SQUARE MELONS, INC. | $ (25.75) | Cost of Rev | | | | | | | |
| 12/28/2018 | PURCHASE AUTHORIZED ON 12/28 SAM'S CLUB SAM'S Club KATY TX P00000000079107061 CARD 5355 | $ (30.21) | | G&A | | | | | | -3585.77 | Notes Payable |
| 12/28/2018 | RECURRING PAYMENT AUTHORIZED ON 12/27 EIG*Hostgator.com 713- 5745287 MA S588362080826691 CARD 5355 | $ (31.93) | | | | | | | $ (31.93) | -3093.89 | Travel & Entertainment |
| 12/28/2018 | PURCHASE AUTHORIZED ON 12/27 WHATABURGER 392 KATY TX S588365155183032 CARD 5355 | $ (11.76) | | | | | | | | -841.95 | Supplies |
| 12/28/2018 | PURCHASE AUTHORIZED ON 12/27 HCTRA EZ TAG Rebil 281-8753279 TX S588361295762700 CARD 5355 | $ (120.00) | | $ (11.76) | | | | | | | Repairs/Maintenance/Supplies |
| 12/28/2018 | INTUIT PYMT SOLN DEPOSIT 181228 524771994564695 SQUARE MELONS, INC. | $ 750.00 | | | | | | | | | |
| 12/28/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181230 524771994564695 SQUARE MELONS, INC. | $ (34.93) | | | | | | | | | |
| 12/28/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 181229 524771994564695 SQUARE MELONS, INC. | $ (25.75) | | | | | | | | | |
| 12/28/2018 | RECURRING PAYMENT AUTHORIZED ON 12/30 RACKSPACE CLOUD 210-312-4000 TX S468365137722407 CARD 5355 | $ (880.00) | | | | | | $ (880.00) | | | |
| 12/28/2018 | PURCHASE WITH CASH BACK $ 50.00 AUTHORIZED ON 12/30 H-E-B #563 SUGARLAND TX P00000000670129021 CARD 5355 | $ (122.19) | | | | | | | $ (122.19) | | |
| 12/28/2018 | PURCHASE AUTHORIZED ON 12/28 SQC*CATHY PISCIELL 8774174551 CA S588363079328306 CARD 5355 | $ (585.00) | | | | | | | $ (585.00) | | |
| 12/28/2018 | ONLINE TRANSFER FROM IMPOWERSOFT, INC BUSINESS CHECKING XXXXXX3351 REF #IBO5LMVYRL ON 12/30/18 | $ 700.00 | | | | | | | | | |
| 12/31/2018 | INTUIT PYMT SOLN DEPOSIT 181230 524771994564695 SQUARE MELONS, INC. | $ 1,020.00 | | | | | | | | | |
| 12/2018 | INTUIT PYMT SOLN DEPOSIT 181229 524771994564695 SQUARE MELONS, INC. | $ 750.00 | | | | | | | | | |
| | TOTALS FOR DECEMBER 2018 | $ 6,170.00 | $ (195.03) | $ (82.85) | $ (3,390.74) | $ (389.33) | $ (106.63) | $ (131.65) | $ (422.30) | $ (60.00) | $ (530.10) | $ (75.00) | $ (1,378.88) | $ (841.95) |
| | | | Cost of Rev | Insurance | Cost of Rev | G&A | G&A | G&A | G&A | G&A | G&A | G&A | Insider Comp |

| | | |
|---|---|---|
| Total OpEx | | -3935.84 |
| | Insider Comp | -841.95 |
| | | -520.98 |
| | | -106.63 |
| | | $ (181.63) |
| Total Expenses | | $ (7,604.46) |