UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
__Houston__ DIVISION

CASE NAME: __Square Melons Inc__

Petition Date: __09/24/2018__

CASE NUMBER: __18-35304__

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH __November__ YEAR __2018__

| MONTH | November | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 36,173.98 | | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | -2,519.66 | | | | | | | |
| NET INCOME (LOSS) (MOR-6) | -2,519.66 | | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 7,735.00 | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0 | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 38,693.64 | | | | | | | |

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| | | CIRCLE ONE |
|---|---|---|
| Are all accounts receivable being collected within terms? | Yes | No |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes | No |
| Have any pre-petition liabilities been paid? Yes (No) If so, describe | | |
| Are all funds received being deposited into DIP bank accounts? | Yes | No |
| Were any assets disposed of outside the normal course of business? Yes (No) If so, describe | | |
| Are all U. S. Trustee Quarterly Fee Payments current? | Yes | No |
| What is the status of your Plan of Reorganization? | | |

| | | | REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|---|---|---|
| CASUALTY | YES( ) NO(X) | | | |
| LIABILITY | YES(X) NO( ) | | | 10-13-2019 |
| VEHICLE | YES(X) NO( ) | | | 04-02-2019 |
| WORKER'S | YES( ) NO(X) | | | |
| OTHER Bus. Pers. Prop | YES(X) NO( ) | | | 10-12-2019 |

ATTORNEY NAME: Jessica Hoff
FIRM: Hoff Law Offices, PC
ADDRESS: 1200 Smith Street, 16th Floor
CITY, STATE ZIP: Houston, TX 77002
TELEPHONE: 281-763-2067

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE __President__

MOR-1

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 9/24/18 | MONTH NOV 30 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash | 7,824.67 | 3,146.23 | | | | |
| Accounts Receivable, Net | 13,809.27 | 13,809.27 | | | | |
| Inventory: Lower of Cost or Market | | | | | | |
| Prepaid Expenses | | | | | | |
| Investments | | | | | | |
| Other | 71,000.00 | 71,000.00 | | | | |
| **TOTAL CURRENT ASSETS** | 92,633.94 | 87,955.50 | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 49,823.62 | 49,000.00 | | | | |
| Less Accumulated Depreciation | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | |
| **OTHER ASSETS:** | | | | | | |
| 1. Tax Deposits | | | | | | |
| 2. Investments in Subs | | | | | | |
| 3. | | | | | | |
| 4. (attach list) | | | | | | |
| **TOTAL ASSETS** | 142,457.56 | 136,955.50 | | | | |

MOR-2

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 9/24/18 | MONTH Nov 30 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| LIABILITIES: | | | | | | |
| POST-PETITION LIABILITIES: | | | | | | |
| PRE-PETITION LIABILITIES (MOR-4) | | | | | | |
| PRE-PETITION LIABILITIES: | | | | | | |
| Notes Payable-Secured | 232,714.75 | 221,468.40 | | | | |
| Priority Debt | | | | | | |
| Federal Income Tax | | | | | | |
| FICA/Withholding | 7,890.60 | 7,890.60 | | | | |
| Unsecured Debt | 53,615.01 | 53,615.01 | | | | |
| Other | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | |
| TOTAL LIABILITIES | 294,220.36 | 282,974.01 | | | | |
| OWNER'S EQUITY (DEFICIT): | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | |
| RETAINED EARNINGS: Filing Date | 445,361.99 | 445,361.99 | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -151,141.63 | -162,387.98 | | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | 294,220.36 | 282,974.01 | | | | |

MOR-3

*Per Schedules and Statement of Affairs

Revised: 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH November | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | 7,890.60 | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 7,890.60 | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | | | | | | |

\* Payment Requires Court Approval.

MOR-4

Revised 6/14/96

CASE NAME: Square Melons Inc             CASE NUMBER: 18-35304

# AGING OF POST-PETITION LIABILITIES
MONTH  November

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91+ | | | 7,890.60 | | | |
| TOTAL | | | 7,890.60 | | | |

# AGING OF ACCOUNTS RECEIVABLE

| MONTH | November | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | | | | | |
| 31-60 DAYS | | | | | |
| 61-90 DAYS | | | | | |
| 91+ DAYS | 13,809.27 | | | | |
| TOTAL | 13,809.27 | | | | |

MOR-5

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# STATEMENT OF INCOME (LOSS)

| MONTH | NOVEMBER | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 36,173.98 | | | | | | |
| TOTAL COST OF REVENUES | 10,710.38 | | | | | | |
| GROSS PROFIT | 25,463.60 | | | | | | |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | 15,099.27 | | | | | | |
| Insiders Compensation | 7,735.00 | | | | | | |
| Professional Fees | | | | | | | |
| Other (attach list) FURNITURE LEASE, AUTO LEASE, RENT | 5,148.99 | | | | | | |
| TOTAL OPERATING EXPENSES | 27,983.26 | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -2,519.66 | | | | | | |
| INTEREST EXPENSE | | | | | | | |
| DEPRECIATION | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | |
| OTHER ITEMS** | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | |
| NET INCOME BEFORE TAXES | -2,519.66 | | | | | | |
| FEDERAL INCOME TAXES | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | -2,519.66 | | | | | | |

\* *Accrual Accounting Required, Otherwise Footnote With Explanation*
  *Footnote Mandatory*
\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business; requires footnote*

MOR-6

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# CASH RECEIPTS AND DISBURSEMENTS

| | MONTH November | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 36,173.98 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS | 36,173.98 | | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 9,644.80 | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | |
| 10. SECURED / RENTAL / LEASES | 5,148.99 | | | | | | |
| 11. UTILITIES | 1,090.02 | | | | | | |
| 12. INSURANCE | 555.00 | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 110.27 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 146.65 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 13,937.91 | | | | | | |
| 18. OTHER (attach list) Owner Draw | 7,735.00 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | 325.00 | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 38,693.64 | | | | | | |
| 22. NET CASH FLOW | -2,519.66 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 3,146.23 | | | | | | |

MOR-7

*Applies to Individual debtor's only.

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# CASH ACCOUNT RECONCILIATION
## MONTH OF November

| BANK NAME | BBVA / Wells Fargo | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER | # 6755388861 / 9805488013 | # | # | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* / *TOTAL* |
| BANK BALANCE | 3,146.23 | | | |
| DEPOSIT IN TRANSIT | | | | |
| OUTSTANDING CHECKS | | | | |
| ADJUSTED BANK BALANCE | 3,146.23 | | | |
| BEGINNING CASH - PER BOOKS | 4,456.89 | | | |
| RECEIPTS | 36,173.98 | | | |
| TRANSFERS BETWEEN ACCOUNTS | 5,175.78 | | | |
| (WITHDRAWAL)CONTRIBUTION-BY INDIVIDUAL DEBTOR MFR-2 | | | | |
| CHECKS/OTHER DISBURSEMENTS | 38,693.64 | | | |
| ENDING CASH - PER BOOKS | 1,937.23 | | | |

MOR-8

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. SAKKOR HASSAN / PRESIDENT / DRAW   NOVEMBER | 7,735.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

MOR-9

Revised 6/14/9

| Date | Description | Amount | INCOME | EXPENSES | MERCHANT FEES | DEVELOPMENT EXPENSE | UTILITIES | OWNER DRAW | INSURANCE | OFFICE SUPPLIES | TRAVEL | DUES & SUBSCRIPTIONS | FURNITURE LEASE | TELEPHONE | BANK FEES | PAYROLL | RENT | AUTO LEASE | MEALS & ENTERTAINMENT | SHIPPING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/01/18 COMCAST HOUSTON CS 1X 800-266-2278 TX | $ (372.36) | | | | | $ (372.36) | | | | | | | | | | | | | |
| 11/01/2018 | CHECK CLEARED #13259 | $ (6,700.00) | | | | | | $ (6,700.00) | | | | | | | | | | | | | |
| 11/01/2018 | DEBIT FOR INTUIT PYMT SOLN TRAN FEE CO REF- 524771994564695 | $ (275.35) | | | $ (275.35) | | | | | | | | | | | | | | | | |
| 11/01/2018 | DEBIT FOR VENMO PAYMENT CO REF- 1463314120 | $ (420.00) | | | | | | $ (420.00) | | | | | | | | | | | | | |
| 11/01/2018 | CREDIT FOR INTUIT PYMT SOLN DEPOSIT CO REF- 524771994564695 | $ 8,076.51 | $ 8,076.51 | | | | | | | | | | | | | | | | | | |
| 11/01/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/01/18 IN BOARDWALK INSURANCE 866-5554077 TX | $ (555.00) | | | | | | | $ (555.00) | | | | | | | | | | | | |
| 11/01/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/01/18 Amazon.com M832DA0P2 Amzn.com/billWA | $ (117.45) | | | | | | | | $ (117.45) | | | | | | | | | | | |
| 11/01/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/01/18 EBRANDZ INC 212-685-6060 NY | $ (748.00) | | | | | | | | | | | | | | | | | | | |
| 11/01/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/01/18 EBRANDZ INC 212-685-6060 NY | $ (349.00) | | | | | | | | | | | | | | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/02/18 EBRANDZ INC 212-685-6060 NY | $ (79.00) | | | | | | | | | | | | | | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/01/18 LITF LIFE TIME MO DUES 888-430-6424 MN | $ (1,583.30) | | | | | | | | | | | | $ (1,583.30) | | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/02/18 IPCS-1 Fine Fee INT 713-6612276 TX | $ (13.10) | | | | | | | | | | $ (13.10) | | | | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/01/18 INTUIT SOFTWARE, LLC 330-455-9218 OH | $ (82.06) | | | | | | | | | | | $ (82.06) | | | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 10/31/18 Texas Energy 281-2872906 TX | $ (31.98) | | | | | | | | | | | $ (31.98) | | | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/07/18 INTUIT QB ONLINE | $ (38.00) | | | | | | | | | | | | | | $ (38.00) | | | | | |
| 11/02/2018 | NSF CHARGE-PAID ITEM $83.31 DEBIT FOR CH CKCARD XXXXXX1631 11/07/18 MCAST 8777702 030207513 CO REF- 6051452 | $ (1,583.30) | | | | | | | | | | | | $ (1,583.30) | | | | | | | |
| 11/02/2018 | DEBIT FOR ASCENTIUM/CAPITAL AUTH PMT CO REF- 0100000169707 | $ (246.54) | | | | | | | | | | | | | | | | | | | |
| 11/02/2018 | NSF CHARGE-PAID ITEM $37.31 DEBIT FOR CH CKCARD XXXXXX1631 11/07/18 INTUIT QB O NLINE | $ (38.00) | | | | | | | | | | | | | | $ (38.00) | | | | | |
| 11/03/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/02/18 SHOPIFY 564547214 | $ (9.59) | | | | | | | | | | | $ (9.59) | | | | | | | | |
| 11/03/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/03/18 SHOPIFY 56447214 | $ (13.10) | | | | | | | | | | $ (13.10) | | | | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/01/18 HTTPSSHOPIFY.IL 800-379-7729 WA | $ (878.59) | | | | | $ (878.59) | | | | | | | | | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/02/18 INTERMEDIA.NET INC 800-379-7729 WA | $ (7.95) | | | | | | | | | | | | | $ (7.95) | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/02/18 FAXAGE 303-931-6020 CO | $ (437.94) | | | | | | | | | | | | | $ (437.94) | | | | | | |
| 11/02/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/02/18 8X8, 888-898-8733 CA | $ (83.31) | | | | $ (83.31) | | | | | | | | | | | | | | | |
| 11/02/2018 | DEBIT FOR COMCAST 8777702 030207513 CO REF- 6051452 | $ (38.00) | | | | | $ (38.00) | | | | | | | | | | | | | | |
| 11/05/2018 | NSF CHARGE-PAID ITEM $555.00 DEBIT FOR C HECKCARD XXXXXX1631 11/01/18 IN BOARDWA LK | $ (38.00) | | | | | | | | | | | | | | $ (38.00) | | | | | |
| 11/05/2018 | NSF CHARGE-RETURNED ITEM $985.00 DEBIT F OR VENMO PAYMENT CO REF- 1469082086 | $ (115.00) | | | | | | | | | | | $ (115.00) | | | | | | | | |
| 11/05/2018 | NSF CHARGE-RETURNED ITEM $9.59 DEBIT FOR CHE CKCARD XXXXXX1631 11/03/18 SHOPIFY 564 47214 | $ (38.00) | | | | | | | | | | | | | | $ (38.00) | | | | | |
| 11/05/2018 | OVERDRAFT FEE FOR A TRANSACTION RECEIVED ON 11/05 $1,500.00 CHECK #10099 | $ (35.00) | | | | | | | | | | | | | | $ (35.00) | | | | | |
| 11/05/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181114 524771994564695 SQUARE MELONS, INC. | $ (1,500.00) | | | | $ (1,500.00) | | | | | | | | | | | | | | | |
| 11/05/2018 | NSF CHARGE-RETURNED ITEM CHECK: 013242 $ 750.00 CHECK CLEARED | $ (1.95) | | | $ (1.95) | | | | | | | | | | | | | | | | |
| 11/05/2018 | NSF CHARGE-PAID ITEM $37.31 DEBIT FOR CH CKCARD XXXXXX1631 11/07/18 INTUIT QB O NLINE | $ (38.00) | | | | | | | | | | | $ (37.31) | | | | | | | | |
| 11/05/2018 | EXTENDED OVERDRAFT CHARGE | $ 50.00 | | | | | | | | | | | | | | $ 50.00 | | | | | |
| 11/05/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181108 524771994564695 SQUARE MELONS, INC. | $ (25.75) | | | $ (25.75) | | | | | | | | | | | | | | | | |
| 11/05/2018 | ONLINE TRANSFER FROM IMPOWERSOFT, INC BUSINESS CHECKING XXXXXX3351 REF #IBOSCX9HCQ ON 11/05/18 | $ 359.47 | $ 359.47 | | | | | | | | | | | | | | | | | | |
| 11/05/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181108 524771994564695 SQUARE MELONS, INC. | $ (51.50) | | | $ (51.50) | | | | | | | | | | | | | | | | |
| 11/06/2018 | ONLINE TRANSFER FROM IMPOWERSOFT, INC BUSINESS CHECKING XXXXXX3351 REF #IBOSCPKCQON 11/06/18 | $ 100.00 | $ 100.00 | | | | | | | | | | | | | | | | | | |
| 11/06/2018 | INTUIT PYMT SOLN DEPOSIT 181108 524771994564695 SQUARE MELONS, INC. | $ 750.00 | $ 750.00 | | | | | | | | | | | | | | | | | | |
| 11/06/2018 | NSF CHARGE-RETURNED ITEM $985.00 DEBIT F OR VENMO RETRY PYMT CO REF- 1469082086 | $ 1,500.00 | $ 1,500.00 | | | | | | | | | | | | | | | | | | |
| 11/08/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181114 524771994564695 SQUARE MELONS, INC. | $ (38.00) | | | $ (38.00) | | | | | | | | | | | | | | | | |
| 11/07/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/07/18 INTUIT QB ONLINE 800-286-6800 CA | $ (37.31) | | | | | | | | | | | $ (37.31) | | | | | | | | |
| 11/13/2018 | RECURRING PAYMENT AUTHORIZED ON 11/08 BACKSPACE CLOUD 210-312-4000 TX 530812651115251 3 CARD | $ (1.95) | | | $ (1.95) | | | | | | | | | | | | | | | | |
| 11/13/2018 | INCOMING WIRE REF 20181116F2QCF60C003037411 116145B7DJ ORG PAUL | $ 20,000.00 | $ 20,000.00 | | | | | | | | | | | | | | | | | | |
| 11/13/2018 | ONLINE OR MOBILE WIRE TRANSFER REF 20181116F2QCF60C003840 BNF TRANSCO I ABS LLC | $ (4,200.00) | | | | $ (4,200.00) | | | | | | | | | | | | | | | |
| 11/13/2018 | ONLINE OR MOBILE WIRE TRANSFER REF 20181116F2QCF60C003741 BNF QAZZM AHMED BHAI | $ (9,644.80) | | | | | | | | | | | | | | | $ (9,644.80) | | | | |
| 11/16/2018 | CHECK #99 | $ (459.00) | | | | $ (459.00) | | | | | | | | | | | | | | | |
| 11/19/2018 | INTUIT PYMT SOLN DEPOSIT 181117 524771994564695 SQUARE MELONS, INC. | $ 50.00 | $ 50.00 | | | | | | | | | | | | | | | | | | |
| 11/19/2018 | DEBIT FOR CHECKCARD XXXXXX1631 11/17/18 BNVISIONAPP INC 646-5832321 NY | $ (15.99) | | | | | | | | | | | $ (15.99) | | | | | | | | |
| 11/19/2018 | DEPOSIT MADE IN A BRANCH/STORE #9187 97890 | $ 5,175.78 | $ 5,175.78 | | | | | | | | | | | | | | | | | | |
| 11/19/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181117 524771994564695 SQUARE MELONS, INC. | $ (2.97) | | | $ (2.97) | | | | | | | | | | | | | | | | |
| 11/20/2018 | INTUIT PYMT SOLN DEPOSIT 181117 524771994564695 SQUARE MELONS, INC. | $ 80.00 | $ 80.00 | | | | | | | | | | | | | | | | | | |
| 11/21/2018 | PURCHASE AUTHORIZED ON 11/20 Texans Energy 281-2872906 TX 530832462964691 9 CARD 5355 | $ (202.84) | | | | | $ (202.84) | | | | | | | | | | | | | | |
| 11/21/2018 | PURCHASE AUTHORIZED ON 11/20 * EXPRESS ENERGY 844-361-2080 TX 530883276297113140 CARD | $ (148.58) | | | | | $ (148.58) | | | | | | | | | | | | | | |
| 11/21/2018 | PURCHASE AUTHORIZED ON 11/20 EBRANDZ INC 212-685-6060 NY 5468324625760 009 CARD 5355 | $ (748.00) | | | | | $ (748.00) | | | | | | | | | | | | | | |
| 11/21/2018 | PURCHASE AUTHORIZED ON 11/20 EBRANDZ INC 212-685-6060 NY 5308324625732253 CARD 5355 | $ (459.00) | | | | | $ (459.00) | | | | | | | | | | | | | | |
| 11/22/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181122 524771994564695 SQUARE MELONS, INC. | $ (41.05) | | | $ (41.05) | | | | | | | | | | | | | | | | |
| 11/22/2018 | RECURRING PAYMENT AUTHORIZED ON 11/22 BC.BASECAMP 3 3705 312-281-5333 IL 530832648340561 2 CA | $ (99.00) | | | | | | | | | | | $ (99.00) | | | | | | | | |
| 11/23/2018 | PURCHASE AUTHORIZED ON 11/21 BMB AUTO LLC DALLAS TX 5308325457796 26 CARD 5355 | $ (1,118.40) | | | | | | | | | | | | | | | | | $ (1,118.40) | | |
| 11/23/2018 | PURCHASE AUTHORIZED ON 11/20 AMERICAN L 8 P CO 832-804-7511 TX 5308324628112183 CARD 5355 | $ (36.39) | | | | | | | $ (36.39) | | | | | | | | | | | | |
| 11/23/2018 | INTUIT PYMT SOLN DEPOSIT 181117 524771994564695 SQUARE MELONS, INC. | $ 1,200.00 | $ 1,200.00 | | | | | | | | | | | | | | | | | | |
| 11/23/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181124 524771994564695 SQUARE MELONS, INC. | $ (25.75) | | | $ (25.75) | | | | | | | | | | | | | | | | |
| 11/23/2018 | PV "InvestaReal" WEB PMTS 112118 NBQYY Square | $ (2,447.29) | | | | | | | | | | | | | | | | $ (2,447.29) | | | |
| 11/26/2018 | PURCHASE AUTHORIZED ON 11/23 MWI HOUSTON TX 530832759700265 CARD 5355 | $ (1,067.69) | | | | | | | | | | | $ (1,067.69) | | | | | | | | |
| 11/26/2018 | PURCHASE AUTHORIZED ON 11/23 BACKSPACE CLOUD 210-312-4000 TX 530832762971114 0 CARD | $ (15.00) | | | | | $ (15.00) | | | | | | | | | | | | | | |
| 11/26/2018 | PURCHASE AUTHORIZED ON 11/24 EBRANDZ INC 212-685-6060 NY 54683246257 60009 CARD 5355 | $ (750.00) | | | | | | | | | | | | | | | | | | | |
| 11/27/2018 | PURCHASE AUTHORIZED ON 11/24 EBRANDZ INC 212-685-6060 NY 5308324625732253 CARD 5355 | $ (23.28) | | | | | $ (23.28) | | | | | | | | | | | | | | |
| 11/27/2018 | PURCHASE AUTHORIZED ON 11/27 SAM'S Club KATY TX P00000000323242 733 CARD 5355 | $ (29.20) | | | | | | | | $ (29.20) | | | | | | | | | | | |
| 11/27/2018 | BILL PAY US Trustee ON LINE xxxxx5304 ON 11-27 | $ (325.00) | | | | | | | | | | | $ (325.00) | | | | | | | | |
| 11/27/2018 | PURCHASE AUTHORIZED ON 11/27 E&S*Hostgator.com 713-5745287 MA S308332002 5379237 CARD | $ 670.00 | $ 670.00 | | | | | | | | | | | | | | | | | | |
| 11/27/2018 | RECURRING PAYMENT AUTHORIZED ON 11/27 PAYPAL *MANEKTECH 402-935-7733 CA S388331653448384 CARD 5355 | $ (50.00) | | | | | | | | | | | $ (50.00) | | | | | | | | |
| 11/28/2018 | INTUIT PYMT SOLN DEPOSIT 181128 524771994564695 SQUARE MELONS, INC. | $ 750.00 | $ 750.00 | | | | | | | | | | | | | | | | | | |
| 11/28/2018 | PURCHASE AUTHORIZED ON 11/27 E&S*Hostgator.com 713-5745287 MA S308332002 5379237 CARD | $ (711.00) | | | | $ (711.00) | | | | | | | | | | | | | | | |
| 11/28/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181128 524771994564695 SQUARE MELONS, INC. | $ (55.51) | | | $ (55.51) | | | | | | | | | | | | | | | | |
| 11/29/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181129 524771994564695 SQUARE MELONS, INC. | $ (8.10) | | | | | | | | | | | | | | | | | | | $ (8.10) |
| 11/29/2018 | INTUIT PYMT SOLN DEPOSIT 181129 524771994564695 SQUARE MELONS, INC. | $ 1,618.00 | $ 1,618.00 | | | | | | | | | | | | | | | | | | |
| 11/29/2018 | PURCHASE AUTHORIZED ON 11/27 WESTGREEN DONUTS KATY TX 5388331522740345 CARD 5355 | $ (34.93) | | | | | | | | | | | $ (34.93) | | | | | | | | |
| 11/30/2018 | BUSINESS TO BUSINESS ACH INTUIT PYMT SO LN TRAN FEE 181130 524771994564695 SQUARE MELONS, INC. | $ (500.00) | | | | | | $ (500.00) | | | | | | | | | | | | | |
| 11/30/2018 | TRANSFER TO RIOS AMANDA ON 11/30 REF #BPOSGRTRTQ | $ (9.50) | | | | | | | | | | | | | | | | | | | $ (9.50) |
| 11/30/2018 | PURCHASE AUTHORIZED ON 11/30 H-E-B GAS 4563 SUGARLAND TX P000000001392516635 CARD 5355 | $ (53.61) | | | | | | | | | | | | | | | | | | | $ (53.61) |
| 11/30/2018 | PURCHASE AUTHORIZED ON 11/29 H-E-B MART SUGAR LAND TX P000000001303576591 CARD 5355 | $ (44.48) | | | | | | | | | | | | | | | | | | | $ (44.48) |
| 11/30/2018 | PURCHASE AUTHORIZED ON 11/29 HALF PRICE BOOKS KATY TX 5308331880118062 0 CARD 5355 | $ (25.96) | | | | | | | | | | | | | | | | | | | $ (25.96) |
| 11/30/2018 | PURCHASE AUTHORIZED ON 11/29 URMASSAGE MEDITERRA KATY TX 5388331716052322 CARD 5355 | $ 1,020.00 | $ 1,020.00 | | | | | | | | | | | | | | | | | | |
| 11/30/2018 | INTUIT PYMT SOLN DEPOSIT 181130 524771994564695 SQUARE MELONS, INC. | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | $ 36,173.98 | $ 38,693.64 | $ (563.79) | $ (10,146.59) | $ (1,090.02) | $ (7,235.00) | $ (555.00) | $ (146.65) | $ (66.71) | $ (2,698.16) | $ (1,583.30) | $ (485.89) | $ (366.00) | $ (9,644.80) | $ (2,447.29) | $ (1,118.40) | $ (83.56) | $ (44.48) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cost of Rev | Cost of Rev | G&A | Insider Comp | G&A | G&A | G&A | Secured Note | G&A | G&A | Secured Note | Secured Note | G&A |

| | |
|---|---|
| Cost of Revenues | $ (10,710.38) |
| G&A | $ (15,599.27) |
| Insider Comp | $ (7,735.00) |

| | |
|---|---|
| Notes Payable | $ (5,148.99) |
| Travel & Entertainment | $ (110.27) |
| Supplies | $ (146.65) |

$ (21,997.91)