UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
__Houston__ DIVISION

CASE NAME: __Square Melons Inc__

Petition Date: __09/24/2018__

CASE NUMBER: __18-35304__

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH __January__ YEAR __2019__

| MONTH | January | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 36,168.50 | | | | | | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 6,943.39 | | | | | | | | | | | |
| NET INCOME (LOSS) (MOR-6) | 6,943.39 | | | | | | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 8,072.00 | | | | | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | — | | | | | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 29,725.11 | | | | | | | | | | | |

\*\*\*The original of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee\*\*\*

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No** If so, describe
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization?

CIRCLE ONE

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| CASUALTY          YES(X) NO( ) | |
| LIABILITY         YES(X) NO( ) | 10-12-2019 |
| VEHICLE           YES(X) NO( ) | 04-02-2019 |
| WORKER'S          YES( ) NO(X) | |
| OTHER Bus-Pers-Prop YES(X) NO( ) | 10-12-2019 |

ATTORNEY NAME: Jessica Hoff
FIRM: Hoff Law Offices, PC
ADDRESS: 1200 Smith Street, 16th Floor
ADDRESS:
CITY, STATE ZIP: Houston, TX 77002
TELEPHONE: 281-763-2067

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE __President__

MOR-1

CASE NAME: __Square Melons Inc__   CASE NUMBER: __18-35304__

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 9/24/18 | MONTH Jan 31 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 7,824.67 | 8,155.16 | | | | | |
| Accounts Receivable, Net | 13,809.27 | 13,809.27 | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | | | | | | |
| Other | 71,000.00 | 71,000.00 | | | | | |
| **TOTAL CURRENT ASSETS** | 92,633.94 | 92,964.43 | | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 49,823.62 | 49,000.00 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | | |
| **OTHER ASSETS:** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subs | | | | | | | |
| 3. | | | | | | | |
| 4. (attach list) | | | | | | | |
| **TOTAL ASSETS** | 142,457.56 | 141,964.43 | | | | | |

MOR-2       *Per Schedules and Statement of Affairs       Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 5/24/19 | MONTH Jan 31 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | |
| POST-PETITION LIABILITIES (MOR-4) | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | |
| Notes Payable-Secured | 232,714.15 | 212,039.73 | | | | |
| Priority Debt | | | | | | |
| Federal Income Tax | 7,890.60 | 7,890.60 | | | | |
| FICA/Withholding | 53,615.01 | 53,615.01 | | | | |
| Unsecured Debt | | | | | | |
| Other | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | 294,220.36 | 273,545.34 | | | | |
| **TOTAL LIABILITIES** | | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | |
| RETAINED EARNINGS: Filing Date | 445,361.99 | 445,361.99 | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | -151,141.63 | -171,816.65 | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 294,220.36 | 273,545.34 | | | | |

MOR-3

*Per Schedules and Statement of Affairs*

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| | January | | | | | |
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | 7,890.60 | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 7,890.60 | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3) | | | | | | |

* Payment Requires Court Approval.

MOR-4

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## AGING OF POST-PETITION LIABILITIES

MONTH  January

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91+ | | | 7,890.60 | | | |
| TOTAL | | | 7,890.60 | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|
| January | | | | 13,809.27 | 13,809.27 |

MOR-5

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# STATEMENT OF INCOME (LOSS)

| MONTH | January | | | | | | | | | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 36,168.56 | | | | | | | | | | | |
| TOTAL COST OF REVENUES | 10,901.03 | | | | | | | | | | | |
| GROSS PROFIT | 25,267.47 | | | | | | | | | | | |
| OPERATING EXPENSES: | | | | | | | | | | | | |
| Selling & Marketing | 186.67 | | | | | | | | | | | |
| General & Administrative | 10,565.41 | | | | | | | | | | | |
| Insiders Compensation | 8,072.00 | | | | | | | | | | | |
| Professional Fees | | | | | | | | | | | | |
| Other (attach list) | | | | | | | | | | | | |
| TOTAL OPERATING EXPENSES | 18,824.08 | | | | | | | | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 6,443.39 | | | | | | | | | | | |
| INTEREST EXPENSE | | | | | | | | | | | | |
| DEPRECIATION | | | | | | | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | | | | | | | |
| OTHER ITEMS** | | | | | | | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | | | | | | | | |
| NET INCOME BEFORE TAXES | 6,443.39 | | | | | | | | | | | |
| FEDERAL INCOME TAXES | | | | | | | | | | | | |
| NET INCOME (LOSS) (MOR-1) | 6,443.39 | | | | | | | | | | | |

*Accrual Accounting Required, Otherwise Footnote With Explanation*
\* *Footnote Mandatory*
\*\* *Unusual and or infrequent item(s) outside the ordinary course of business; requires footnote*

MOR-6

Revised 6/4/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## CASH RECEIPTS AND DISBURSEMENTS

| | MONTH January | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 1,711.77 | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 36,168.50 | | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. OTHER (attach list) | | | | | | | |
| TOTAL RECEIPTS | 36,168.50 | | | | | | |
| (Withdrawal)Contribution by Individual Debtor MFR-2* | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | 7,341.87 | | | | | | |
| 10. SECURED / RENTAL / LEASES | 778.99 | | | | | | |
| 11. UTILITIES | | | | | | | |
| 12. INSURANCE | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 260.99 | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 233.25 | | | | | | |
| 17. ADMINISTRATIVE & SELLING | 13,038.01 | | | | | | |
| 18. OTHER (attach list) owner draw | 8,072.00 | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 29,725.11 | | | | | | |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 29,725.11 | | | | | | |
| 22. NET CASH FLOW | 6,443.39 | | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 8,155.66 | | | | | | |

MOR-7

*Applies to Individual debtor's only.

Revised 6.14.96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## CASH ACCOUNT RECONCILIATION
### MONTH OF January

| | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
|---|---|---|---|---|---|
| BANK NAME | Wells Fargo | | | | |
| ACCOUNT NUMBER | # 9805488013 | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 8,155.66 | | | | |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | | | | | |
| ADJUSTED BANK BALANCE | 8,155.66 | | | | |
| BEGINNING CASH - PER BOOKS | 1,711.77 | | | | |
| RECEIPTS | 36,168.50 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION- BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 29,725.11 | | | | |
| ENDING CASH - PER BOOKS | 8,155.16 | | | | |

MOR-8

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. SAFEER HASSAN / PRESIDENT / DRAW | JANUARY 8,072.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | 8,672.00 | | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | | |

MOR-9

| Date | Amount | Description | Income | Merchant Fees | Insurance | Development Expense | Travel | Supplies | Meals and Entertainment | Telephone | Bank Fees | Utilities | Advertising | Repairs and Maintenance | Dues and Subscriptions | Owners Draw | Rent | Auto Lease |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/2019 | $ (47.26) | PURCHASE AUTHORIZED ON 01/02 WM SUPERC Wal-Mart Sup KATY/HOUSTON TX P00000000171612029 CARD 5355 | | | | | | $ (47.26) | | | | | | | | | | |
| 1/2/2019 | $ (17.59) | PURCHASE AUTHORIZED ON 01/01 H-E-B #563 SUGARLAND TX P00000000387160012 CARD 5355 | | | | | | $ (17.59) | | | | | | | | | | |
| 1/2/2019 | $ (56.67) | PURCHASE AUTHORIZED ON 01/03 BUC-EE'S #31 RICHMOND TX P00469002041890702 CARD 5355 | | | | | $ (56.67) | | | | | | | | | | | |
| 1/2/2019 | $ (37.31) | RECURRING PAYMENT AUTHORIZED ON 12/31 INTUIT *QB ONLINE 800-286-6800 CA 546900010024111249 CARD 5355 | | | | | | | | | | | | | $ (37.31) | | | |
| 1/2/2019 | $ (154.61) | PURCHASE AUTHORIZED ON 12/31 * EXPRESS ENERGY 844-361-2080 TX S308865773275685 CARD 5355 | | | | | | | | | | $ (154.61) | | | | | | |
| 1/2/2019 | $ (422.30) | PURCHASE AUTHORIZED ON 12/31 VERIZON WRL MY ACC 800-9220204 CA S588856588824483 CARD 5355 | | | | | | | | $ (422.30) | | | | | | | | |
| 1/2/2019 | $ (439.30) | PURCHASE AUTHORIZED ON 12/31 INTERMEDIA.NET INC 800-379-7729 WA S388836552420519 CARD 5355 | | | | | | | | | | | | | $ (439.30) | | | |
| 1/2/2019 | $ (187.69) | RECURRING PAYMENT AUTHORIZED ON 12/31 RACKSPACE CLOUD 210-312-4000 TX S588836551466992 CARD 5355 | | | | | | | | | | | | | $ (187.69) | | | |
| 1/2/2019 | $ (99.00) | PURCHASE AUTHORIZED ON 12/31 BC BASECAMP 3 3705 312-281-5333 IL S468836547067752 CARD 5355 | | | | | | | | | | | | | $ (99.00) | | | |
| 1/2/2019 | $ (83.31) | RECURRING PAYMENT AUTHORIZED ON 01/02 COMCAST OF HOUSTON 713-341-1000 TX S389002593397895 CARD 5355 | | | | | | | | | $ (83.31) | | | | | | | |
| 1/4/2019 | $ (9.59) | RECURRING PAYMENT AUTHORIZED ON 01/02 SHOPIFY * 58590120 HTTPSSHOPIFY. IL S309003248247977 CARD 5355 | | | | | | | | | | | | | $ (9.59) | | | |
| 1/2/2019 | $ (118.31) | PURCHASE AUTHORIZED ON 01/02 BX8, INC. 888-898-888-8988733 CA S309002621911794 CARD 5355 | | | | | | | | $ (118.31) | | | | | | | | |
| 1/2/2019 | $ (45.00) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190105 524771994564695 SQUARE MELONS, INC. | | | | | | | | | $ (45.00) | | | | | | | |
| 1/2/2019 | $ 1,500.00 | INTUIT PYMT SOLN DEPOSIT 190105 524771994564695 SQUARE MELONS, INC. | $ 1,500.00 | | | | | | | | | | | | | | | |
| 1/2/2019 | $ (51.50) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190105 524771994564695 SQUARE MELONS, INC. | | $ (51.50) | | | | | | | | | | | | | | |
| 1/7/2019 | $ (25.75) | PURCHASE AUTHORIZED ON 01/07 SAMSCLUB #4764 KATY SRF# OW000003646967565 TRN#190108053229 RFB# | | | | | | $ (25.75) | | | | | | | | | | |
| 1/7/2019 | $ (45.25) | WIRE TRANS SVC CHARGE - SEQUENCE: 190108053229 SRF# OW000003646967565 TRN#190108053229 RFB# | | | | | | $ (45.25) | | | | | | | | | | |
| 1/9/2019 | $ (2,304.00) | PURCHASE AUTHORIZED ON 01/07 SAMSCLUB #4764 KATY SRF# OW000003646967565 TRN#190108053229 RFB# | | | | $ (2,304.00) | | | | | | | | | | | | |
| 1/9/2019 | $ 750.00 | INTUIT PYMT SOLN DEPOSIT 190105 524771994564695 SQUARE MELONS, INC. | $ 750.00 | | | | | | | | | | | | | | | |
| 1/9/2019 | $ 280.00 | ONLINE TRANSFER FROM IMPOWERSOFT, INC BUSINESS CHECKING XXXXXXX3351 REF #IB05MTB4GZ ON 01/08/19 WT 190108-053229 IOBI BANK LIMITED /BNF=Manek Tek | $ 280.00 | | | | | | | | | | | | | | | |
| 1/8/2019 | $ (25.75) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190108 524771994564695 SQUARE MELONS, INC. | | $ (25.75) | | | | | | | | | | | | | | |
| 1/11/2019 | $ (2.97) | INTUIT PYMT SOLN DEPOSIT 190117 524771994564695 SQUARE MELONS, INC. | | $ (2.97) | | | | | | | | | | | | | | |
| 1/11/2019 | $ 80.00 | SQUARE MELONS, INC. | $ 80.00 | | | | | | | | | | | | | | | |
| 1/22/2019 | $ (10.42) | PURCHASE AUTHORIZED ON 01/19 H-E-B #563 SUGARLAND TX P00000000437687690 CARD 5355 | | | | | | $ (10.42) | | | | | | | | | | |
| 1/22/2019 | $ (32.16) | RECURRING PAYMENT AUTHORIZED ON 01/19 EIG*hostgator.com 713-5745287 MA S389020040218635 *PAYMENT 800-288-2020 TX S469010737513809 CARD 5355 | | | | | | | | | $ (32.16) | | | | | | | |
| 1/22/2019 | $ (60.00) | RECURRING PAYMENT AUTHORIZED ON 01/10 AT&T *PAYMENT 800-288-2020 TX S469010737513809 CARD 5355 | | | | | | | | | $ (60.00) | | | | | | | |
| 1/22/2019 | $ (18.07) | ONLINE TRANSFER FROM IMPOWERSOFT, INC BUSINESS CHECKING XXXXXXX3351 REF #IB0SPCVYGD ON 01/19/19 | | | | | | | | | | | | | $ (18.07) | | | |
| 1/22/2019 | $ 75.00 | ONLINE TRANSFER FROM IMPOWERSOFT, INC BUSINESS CHECKING XXXXXXX3351 REF #IB0SPCVYGD ON 01/19/19 | $ 75.00 | | | | | | | | | | | | | | | |
| 1/22/2019 | $ (91.40) | PURCHASE AUTHORIZED ON 01/19 SAM'S Club RICHMOND TX P00000003877727321 CARD 5355 | | | | | | $ (91.40) | | | | | | | | | | |
| 1/22/2019 | $ (37.31) | RECURRING PAYMENT AUTHORIZED ON 01/19 INTUIT *QB ONLINE 800-286-6800 CA 546900203789997 CARD 5355 | | | | | | | | | | | | | $ (37.31) | | | |
| 1/22/2019 | $ (2.97) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190117 524771994564695 SQUARE MELONS, INC. | | $ (2.97) | | | | | | | | | | | | | | |
| 1/24/2019 | $ (21.33) | PURCHASE AUTHORIZED ON 01/24 SAM'S CLUB SAM'S Club KATY TX P00000000171569815 CARD 5355 | | | | | | $ (21.33) | | | | | | | | | | |
| 1/24/2019 | $ 750.00 | INTUIT PYMT SOLN DEPOSIT 190124 524771994564695 SQUARE MELONS, INC. | $ 750.00 | | | | | | | | | | | | | | | |
| 1/25/2019 | $ (224.92) | PURCHASE AUTHORIZED ON 01/24 Texans Energy 281-2872906 TX S309024670264189 CARD 5355 | | | | | | | | | | | $ (224.92) | | | | | |
| 1/28/2019 | $ (2.63) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190126 524771994564695 SQUARE MELONS, INC. | | $ (2.63) | | | | | | | | | | | | | | |
| 1/28/2019 | $ (31.93) | RECURRING PAYMENT AUTHORIZED ON 01/27 EIG*Hostgator.com 713-5745287 MA S469028077496992 CARD 5355 | | | | | | | | | | | | | $ (31.93) | | | |
| 1/28/2019 | $ (120.00) | PURCHASE AUTHORIZED ON 01/26 HCTRA EZ TAG Rebil 281-8753279 TX S309026729092165 CARD 5355 | | | | | $ (120.00) | | | | | | | | | | | | |
| 1/28/2019 | $ (7.22) | PURCHASE AUTHORIZED ON 01/26 THE SIMPLY SPLENDI KATY TX S389026541268649 CARD 5355 | | | | | | | $ (7.22) | | | | | | | | | |
| 1/28/2019 | $ (39.00) | PURCHASE AUTHORIZED ON 01/25 SQ *FANOOSH - BIRY SUGAR LAND TX S309026055885157 CARD 5355 | | | | | | | $ (39.00) | | | | | | | | | |

| Date | Amount | Description | Cost of Rev | Cost of Rev | Selling & Marketing | G&A | For MOR-7: | | G&A | G&A | G&A | G&A | Selling & Marketing | G&A | Insider Comp | Notes Payable | Notes Payable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28/2019 | $ (28.10) | PURCHASE AUTHORIZED ON 01/25 MAMBO #9 KATY TX S389025688955176 CARD 5355 | | | | $ (28.10) | | | | | | | | | | | |
| 1/28/2019 | $ 143.50 | ONLINE TRANSFER FROM IMPOWERSOFT, INC BUSINESS CHECKING XXXXXX3351 REF #IB05GCBLQP ON 01/28/19 | | | | | | | | | | | | | | | |
| 1/28/2019 | $ 70.00 | INTUIT PYMT SOLN DEPOSIT 190126 524771994564695 SQUARE MELONS, INC. | $ 70.00 | | | | | | | | | | | | | | |
| 1/29/2019 | $ (25.75) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190129 524771994564695 SQUARE MELONS, INC. | | | | $ (25.75) | | | | | | | | | | | |
| 1/29/2019 | $ (25.75) | WT FED#07849 AMERICAN FIRST NAT /FTR/BNF=Transco Labs LLC SR F# OW00003758902950295 TRN#190129073419 RFB# OW00003758902950295 | | | | | | | | | | | | | | | |
| 1/29/2019 | $ (1,300.00) | PURCHASE AUTHORIZED ON 01/29 SHELL Service Station RICHMOND TX P00309029497937171 CARD 5355 | | | $ (1,300.00) | | | | | | | | | | | | |
| 1/29/2019 | $ (10.00) | PURCHASE AUTHORIZED ON 01/28 COMCAST HOUSTON CS 800-266-2278 TX S389028557605279 CARD 5355 | | | $ (10.00) | | | | | | | | | | | | |
| 1/29/2019 | $ (184.98) | RECURRING PAYMENT AUTHORIZED ON 01/28 BC.BASECAMP 3 3705 312-281-5333 IL S589028506093860 CARD 5355 | | | | | | | | $ (184.98) | | | | | | | |
| 1/29/2019 | $ (99.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 190129073419 SR F# OW00003758902950295 TRN#190129073419 RFB# OW00003758902950295 | | | | | | | | | | | | | $ (99.00) | | |
| 1/29/2019 | $ (30.00) | INTUIT PYMT SOLN DEPOSIT 190129 524771994564695 SQUARE MELONS, INC. | | | | | | | $ (30.00) | | | | | | | | |
| 1/29/2019 | $ 750.00 | SQUARE MELONS, INC. | $ 750.00 | | | | | | | | | | | | | | |
| 1/29/2019 | $ 750.00 | INTUIT PYMT SOLN DEPOSIT 190129 524771994564695 SQUARE MELONS, INC. | | | | | | | | | | | | | | | |
| 1/29/2019 | $ (7,102.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 190130052389 SR F# OW000037636262 TRN#190130052389 RFB# OW000037636262 | $ (7,102.00) | | | | | | | | | | | | | | |
| 1/29/2019 | $ (131.17) | PURCHASE AUTHORIZED ON 01/29 * EXPRESS ENERGY 844-361-2080 TX S4690296109 70075 CARD 5355 | | | | | | | | | $ (131.17) | | | | | | |
| 1/29/2019 | $ (2,000.00) | PURCHASE AUTHORIZED ON 01/28 ASIAN FOOT REFLEXO SUGAR LAND TX S46902901 13869939 CARD 5355 | | | | | | | | | | | | | $ (2,000.00) | | |
| 1/29/2019 | $ (72.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 190130056443 SR F# OW000037636509 94 TRN#190130056443 RFB# | | | | | | | | | | | | | $ (72.00) | | |
| 1/30/2019 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 190130056443 SR F# OW000037636509 94 TRN#190130056443 RFB# | | | | | | | $ (30.00) | | | | | | | | |
| 1/30/2019 | $ (45.00) | WT 190130-052389 IDBI BANK LIMITED /BNF=Manek Tek Hassan SR F# OW000037636509 94 TRN#190130056443 RFB# | | | | | | | $ (45.00) | | | | | | | | |
| 1/30/2019 | $ (15.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 190130014042 SR F# S828200029ES TRN#190130014042 RFB# DCD OF 19/01/29 | | | | | | | $ (15.00) | | | | | | | | |
| 1/30/2019 | $ 30,000.00 | WT FED#00637 JPMORGAN CHASE BAN /ORG=PAUL KUBOSH ATTORNEY AT LAW SR F# S828200029ES | | | | | | | | | | | | | | | |
| 1/30/2019 | $ 1,020.00 | INTUIT PYMT SOLN DEPOSIT 190130 524771994564695 | | $ 1,020.00 | | | | | | | | | | | | | |
| 1/30/2019 | $ (7,341.87) | PL*InvestaRealE WEB PMTS 013119 5Y8921 Square WT FED#01024 BANK OF AMERICA, N /FTR/BNF=Safeer Hassan SR F# OW000037710533 4 TRN#19013117 9345 | | | | | | | | | | | | | | | $ (7,341.87) |
| 1/30/2019 | $ (6,000.00) | WT FED#01024 BANK OF AMERICA, N /FTR/BNF=Safeer Hassan SR F# OW000037710533 4 TRN#19013117 9345 RFB# OW00003771053 34 | | | | | | | | | | | | | | $ (6,000.00) | | |
| 1/30/2019 | $ (350.01) | PURCHASE AUTHORIZED ON 01/30 PAYPAL *KOOLARTLIM 3531436900 1 GBR S589030550080618 CARD 5355 | | | | | | | | | | | | | $ (350.01) | | |
| 1/31/2019 | $ (30.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 19013117 9345 SR F# OW000037710533 4 TRN#19013117 9345 RFB# OW00003771053 34 | | | | | | | $ (30.00) | | | | | | | | |
| | | **TOTALS** | $ 36,168.50 | $ - | $ (186.67) | $ (233.25) | | | $ (195.00) | $ (778.99) | | $ - | | $ (1,309.21) | $ (8,072.00) | $ (7,341.87) | |
| | | | Cost of Rev | Cost of Rev | Selling & Marketing | G&A | | | G&A | G&A | | Selling & Marketing | | G&A | Insider Comp | Notes Payable | Notes Payable |
| | | | $ (195.03) | | | | | | | | | | | | | | |
| | | | | | $ (10,706.00) | | | | | | | | | | | | |
| | | | | | $ (186.67) | $ (233.25) | $ (74.32) | $ (632.77) | $ (195.00) | $ (778.99) | | $ - | | | | | |
| | | | | | | | | For MOR-7: | | | | | | | | | |
| | | | | | **Cost of Rev** | | $ (10,901.03) | Notes Payable (Secured) | $ (7,341.87) | | | | | | | | |
| | | | | | **G&A** | | $ (10,565.41) | Utilities | $ (778.99) | | | | | | | | |
| | | | | | **Insider Comp** | | $ (8,072.00) | Insurance | $ - | | | | | | | | |
| | | | | | **Selling & Marketing** | | $ (186.67) | Travel & Entertainment | $ (260.99) | | | | | | | | |
| | | | | | **Total OpEx** | | $ (18,824.08) | Repairs/Maintenance/Supplies | $ (233.25) | | | | | | | | |
| | | | | | | | | Administrative & Selling | $ (13,038.01) | | | | | | | | |
| | | | | | | | | Other (Owner Draw) | $ (8,072.00) | | | | | | | | |
| | | | | | **Total Expenses** | | $ (29,725.11) | TOTAL DISBURSEMENTS | $ (29,725.11) | | | | | | | | |
| | | | | | | | | NET CASH FLOW | $ 6,443.39 | | | | | | | | |