

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/11/2019

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | |
| SQUARE MELONS, INC. | § | 18-35304 (JB) |
| | § | (Chapter 11) |
| DEBTOR | § | |

## ORDER CONVERTING CASE TO CHAPTER 7
[Relates to Dkt. No. 46]

On March 8, 2019, the Court held an evidentiary hearing regarding the Order Requiring the Debtor to Appear and Show Cause Why This Case Should Not Be Dismissed or Converted to Chapter 7. This Court made findings of fact and conclusions of law under Fed. R. Civ. P. 52, as incorporated into Fed. R. Bankr. P. 7052. The Court stated the findings of fact and conclusions of law into the record. To the extent that any finding of fact is construed to be a conclusion of law, it is adopted as such. To the extent that any conclusion of law is construed to be a finding of fact, it is adopted as such. The Court reserves the right to make additional findings and conclusions as may be necessary or as requested by any party. It is hereby

**ORDERED** that:

(1)   This chapter 11 case is **CONVERTED** to a case under chapter 7.

(2)   A status conference in the chapter 7 case will be held on April 18, 2019, at 11:00 a.m.

SIGNED this 11th day of March, 2019.

JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE