UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
Houston DIVISION

CASE NAME: Square Melons Inc

Petition Date: 09/24/2018
CASE NUMBER: 18-35304

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH FEBRUARY YEAR 2019

| MONTH | FEBRUARY | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 5,730.00 | | | | | | | | | | |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | -6,908.39 | | | | | | | | | | |
| NET INCOME (LOSS) (MOR-6) | -6,908.39 | | | | | | | | | | |
| PAYMENTS TO INSIDERS (MOR-9) | 101.95 | | | | | | | | | | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | — | | | | | | | | | | |
| TOTAL DISBURSEMENTS (MOR-8) | 12,717.63 | | | | | | | | | | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No** If so, describe
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U. S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization?

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | EXP. DATE |
|---|---|
| CASUALTY YES(X) NO( ) | 10-13-2019 |
| LIABILITY YES(X) NO( ) | 04-02-2019 |
| VEHICLE YES( ) NO(X) | |
| WORKER'S YES( ) NO(X) | |
| OTHER Bus. Pers. Prop YES(X) NO( ) | 10-12-2019 |

ATTORNEY NAME: Jessica Hoff
FIRM: Hoff Law Offices, PC
ADDRESS: 1200 Smith Street, 16th Floor
CITY, STATE ZIP: Houston, TX 77002
TELEPHONE: 281-763-2067

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

TITLE President

MOR-1

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 9/24/18 | MONTH Feb 28th | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash | 7,824.67 | 1,167.53 | | | | |
| Accounts Receivable, Net | 13,809.27 | 13,809.27 | | | | |
| Inventory: Lower of Cost or Market | | | | | | |
| Prepaid Expenses | | | | | | |
| Investments | | | | | | |
| Other | 71,000.00 | 71,000.00 | | | | |
| **TOTAL CURRENT ASSETS** | 92,633.94 | 85,976.80 | | | | |
| PROPERTY, PLANT&EQUIP, @ COST | 49,823.62 | 49,000.00 | | | | |
| Less Accumulated Depreciation | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | |
| **OTHER ASSETS:** | | | | | | |
| 1. Tax Deposits | | | | | | |
| 2. Investments in Subs | | | | | | |
| 3. | | | | | | |
| 4. (attach list) | | | | | | |
| **TOTAL ASSETS** | 142,457.56 | 134,976.80 | | | | |

MOR-2

*Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 9/24/18 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| **POST-PETITION LIABILITIES (MOR-4)** | | | | | | | |
| **PRE-PETITION LIABILITIES:** | | | | | | | |
| Notes Payable-Secured | 232,714.75 | 209,952.93 | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | 7,890.60 | 7,890.60 | | | | | |
| Unsecured Debt | 53,615.01 | 53,615.01 | | | | | |
| Other | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | | | | | | | |
| **TOTAL LIABILITIES** | 294,220.36 | 271,458.54 | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | 445,361.99 | 445,361.99 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | | | | | | |
| **TOTAL OWNER'S EQUITY (NET WORTH)** | -151,141.63 | -173,903.45 | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 294,220.36 | 271,458.54 | | | | | |

MOR-3  *Per Schedules and Statement of Affairs

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH February | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | | | | | | |
| TAX PAYABLE: | | | | | | |
| Federal Payroll Taxes | 7,890.60 | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 7,890.60 | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| *ACCRUED PROFESSIONAL FEES: | | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| *TOTAL POST-PETITION LIABILITIES (MOR-3)* | | | | | | |

* Payment Requires Court Approval.

MOR-4

Revised 6/4/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

## AGING OF POST-PETITION LIABILITIES

MONTH _FEBRUARY_

| DAYS | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | | | | | | |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | 7,890.60 | | | |
| TOTAL | | | 7,890.60 | | | |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | February | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | | | | | |
| 31-60 DAYS | | | | | |
| 61-90 DAYS | | | | | |
| 91 + DAYS | 13,809.27 | | | | |
| TOTAL | 13,809.27 | | | | |

MOR-5

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# STATEMENT OF INCOME (LOSS)

| MONTH | FEBRUARY | | | | FILING TO DATE |
|---|---|---|---|---|---|
| REVENUES (MOR-1) | 5,730.00 | | | | |
| TOTAL COST OF REVENUES | 5,683.49 | | | | |
| GROSS PROFIT | 46.51 | | | | |
| OPERATING EXPENSES: | | | | | |
| Selling & Marketing | 110.74 | | | | |
| General & Administrative | 4,655.41 | | | | |
| Insiders Compensation | 101.95 | | | | |
| Professional Fees | | | | | |
| Other (attach list) Auto Lease | 2,086.80 | | | | |
| TOTAL OPERATING EXPENSES | 6,954.90 | | | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -6,908.39 | | | | |
| INTEREST EXPENSE | | | | | |
| DEPRECIATION | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | |
| OTHER ITEMS** | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | | | | | |
| NET INCOME BEFORE TAXES | -6,908.39 | | | | |
| FEDERAL INCOME TAXES | | | | | |
| NET INCOME (LOSS) (MOR-1) | -6,908.39 | | | | |

*Accrual Accounting Required, Otherwise Footnote With Explanation*
** *Footnote Mandatory*
** *Unusual and or infrequent item(s) outside the ordinary course of business; requires footnote*

MOR-6

Revised 6/14/96

CASE NAME: Square Melons Inc  
CASE NUMBER: 18-35304

# CASH RECEIPTS AND DISBURSEMENTS

| | MONTH February | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 8,155.66 | | | | | |
| RECEIPTS: | | | | | | |
| 2. CASH SALES | 5,730.00 | | | | | |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | |
| 4. LOANS & ADVANCES (attach list) | | | | | | |
| 5. SALE OF ASSETS | | | | | | |
| 6. OTHER (attach list) | | | | | | |
| TOTAL RECEIPTS | 5,730.00 | | | | | |
| (Withdrawal)/Contribution by Individual Debtor MFR-2* | | | | | | |
| DISBURSEMENTS: | | | | | | |
| 7. NET PAYROLL | | | | | | |
| 8. PAYROLL TAXES PAID | | | | | | |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | |
| 10. SECURED / RENTAL / LEASES | 2,086.80 | | | | | |
| 11. UTILITIES | 906.26 | | | | | |
| 12. INSURANCE | 79.24 | | | | | |
| 13. INVENTORY PURCHASES | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | | | | | | |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 249.53 | | | | | |
| 17. ADMINISTRATIVE & SELLING | 737.74 | | | | | |
| 18. OTHER (attach list) Owner Draw | 8,556.11 | | | | | |
| 19. PROFESSIONAL FEES | 101.95 | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 12,717.63 | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | |
| TOTAL DISBURSEMENTS | 12,717.63 | | | | | |
| 22. NET CASH FLOW | -6,987.63 | | | | | |
| 23. CASH - END OF MONTH (mor-2) | 1,167.53 | | | | | |

MOR-7  
*Applies to Individual debtor's only.

Revised 6/4/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# CASH ACCOUNT RECONCILIATION
## MONTH OF FEBRUARY

| | # 980548801? | # | # | |
|---|---|---|---|---|
| BANK NAME | WELLS FARGO | | | |
| ACCOUNT NUMBER | | | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 1,167.53 | | | | |
| DEPOSIT IN TRANSIT | | | | | |
| OUTSTANDING CHECKS | | | | | |
| ADJUSTED BANK BALANCE | 1,167.53 | | | | |
| BEGINNING CASH - PER BOOKS | 8,155.66 | | | | |
| RECEIPTS | 5,730.60 | | | | |
| TRANSFERS BETWEEN ACCOUNTS | | | | | |
| (WITHDRAWAL)CONTRIBUTION-BY INDIVIDUAL DEBTOR MFR-2 | | | | | |
| CHECKS/OTHER DISBURSEMENTS | 12,718.13 | | | | |
| ENDING CASH - PER BOOKS | 1,167.53 | | | | |

MOR-8

Revised 6/14/96

CASE NAME: Square Melons Inc

CASE NUMBER: 18-35304

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U. S. Bankruptcy Code) and the professionals. Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary.)

| INSIDERS: NAME/POSITION/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. SAFWAN HASSAN / PRESIDENT / DRAW | FEBRUARY 101.95 | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL INSIDERS (MOR-1) | 101.95 | | | | |

| PROFESSIONALS NAME/ORDER DATE | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | | | | | |

MOR-9

Revised 6/14-9

| Date | Amount | Description | Income | Merchant Fees | Insurance | Development Expense | Travel | Supplies | Meals and Entertainment | Telephone | Bank Fees | Utilities | Advertising | Repairs and Maintenance | Dues and Subscriptions | Owners Draw | Rent | Auto Lease |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/2019 | $ (5.98) | PURCHASE AUTHORIZED ON 02/01 H-E-B #568 SUGARLAND TX P00000004360707076 CARD 5355 | | | | | | | $ (5.98) | | | | | | | | | |
| 2/1/2019 | $ (422.32) | RECURRING PAYMENT AUTHORIZED ON 01/31 V2WRLSS APOCC 800-922-0204 FL S309031377981101 CARD 5355 | | | | | | | | $ (422.32) | | | | | | | | |
| 2/1/2019 | $ (2,086.80) | PURCHASE AUTHORIZED ON 01/30 BMB AUTO LLC DALLAS TX S469030533405115 CARD 5355 | | | | | | | | | | | | | | | | $ (2,086.80) |
| 2/1/2019 | $ (40.48) | PURCHASE AUTHORIZED ON 02/04 COSTCO GAS #1146 SUGAR LAND TX P00305055863232559 CARD 5355 | | | | | $ (40.48) | | | | | | | | | | | | |
| 2/4/2019 | $ (11.34) | RECURRING PAYMENT AUTHORIZED ON 02/02 MCDONALD'S F2315 KATY TX S389035257010S5 CARD 5355 | | | | | | | $ (11.34) | | | | | | | | | | |
| 2/4/2019 | $ (9.59) | PURCHASE AUTHORIZED ON 02/02 SHOPIFY * 597181.39 HTTPSSHOPIFY. IL S389035248468689 CARD 5355 | | | | | | | | | | | | | | $ (9.59) | | | |
| 2/4/2019 | $ (85.49) | RECURRING PAYMENT AUTHORIZED ON 01/31 H-E-B 8563 SUGARLAND TX HOUSTON 713-441-1000 TX S389033493757988 CARD 5355 | | | | | | | | | | $ (85.49) | | | | | | | |
| 2/4/2019 | $ (1,800.00) | WF Direct Pay Payments - Tran ID DP48323791 | | | | $ (1,800.00) | | | | | | | | | | | | | |
| 2/4/2019 | $ (2,095.33) | CLOUD 210-312-4000 TX S389036793442906 CARD 5355 | | | | | | | | | | | | | $ (2,095.33) | | | | |
| 2/4/2019 | $ (6.44) | PURCHASE AUTHORIZED ON 02/01 RVT*Fort Bend ISD 281- 6341000 TX S309032091398871 CARD 5355 | | | | | | | $ (6.44) | | | | | | | | | | |
| 2/4/2019 | $ (101.95) | PURCHASE AUTHORIZED ON 01/31 THE SIMPLY SPLEND KATY TX 190205 524771994564695 SQUARE MELONS, INC. | | | | | | | | | | | | | | | $ (101.95) | | |
| 2/4/2019 | $ (185.94) | PURCHASE AUTHORIZED ON 01/31 N *EURO LOGIK, LL KATY TX 546903203977715 CARD 5355 | | | | | | | | | | | | $ (185.94) | | | | | |
| 2/5/2019 | $ (51.50) | PURCHASE AUTHORIZED ON 02/04 INTERMEDIA.NET INC 800- 379-7729 WA S389035807127743 CARD 5355 | | | | | | | | $ (51.50) | | | | | | | | | |
| 2/5/2019 | $ (608.77) | PURCHASE AUTHORIZED ON 02/03 CHINA KING RESTAUR 281- 9808888 TX S4690350233340730 CARD 5355 | | | | $ (608.77) | | | | | | | | | | | | | |
| 2/5/2019 | $ (43.73) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190205 524771994564695 SQUARE MELONS, INC. | | | | | | | $ (43.73) | | | | | | | | | | |
| 2/5/2019 | $ (25.75) | INTUIT PYMT SOLN DEPOSIT 190205 524771994564695 SQUARE MELONS, INC. | | $ (25.75) | | | | | | | | | | | | | | | |
| 2/5/2019 | $ 1,500.00 | PURCHASE AUTHORIZED ON 02/08 SAMSCLUB #4764 KATY TX P00000004317597S4 CARD 5355 | $ 1,500.00 | | | | | | | | | | | | | | | | |
| 2/6/2019 | $ (22.33) | PURCHASE AUTHORIZED ON 02/07 BH LOCKSMITH HOUSTON TX S389035671610138 CARD 5355 | | | | | | $ (22.33) | | | | | | | | | | | |
| 2/6/2019 | $ (100.00) | RECURRING PAYMENT AUTHORIZED ON 02/06 INTUIT *QB ONLINE 800-286-6800 CA S38903538301471 CARD 5355 | | | | $ (100.00) | | | | | | | | | | | | | |
| 2/7/2019 | $ (37.31) | INTUIT PYMT SOLN DEPOSIT 190206 524771994564695 SQUARE MELONS, INC. | | | | | | | | | | | | | $ (37.31) | | | | |
| 2/7/2019 | $ 750.00 | PURCHASE AUTHORIZED ON 02/05 AT&T *PAYMENT 800-288- 2020 TX S589036767900042 CARD 5355 | $ 750.00 | | | | | | | | | | | | | | | | |
| 2/8/2019 | $ (188.07) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190208 524771994564695 SQUARE MELONS, INC. | | | | | | | | $ (188.07) | | | | | | | | | |
| 2/8/2019 | $ (25.75) | INTUIT PYMT SOLN DEPOSIT 190208 524771994564695 SQUARE MELONS, INC. | | $ (25.75) | | | | | | | | | | | | | | | |
| 2/9/2019 | $ (3,000.00) | WIRE TRANS SVC CHARGE - SEQUENCE: 190211022594 SRF# OW00000382763278 | | | | $ (3,000.00) | | | | | | | | | | | | | |
| 2/9/2019 | $ (3,000.00) | WT FED#01861 AMERICAN FIRST NAT /FTR/BNF=Transco Labs LLC SRF# OW00000382763278 TRN#190211022594 RFB# OW00000382763278 | | | | $ (3,000.00) | | | | | | | | | | | | | |
| 2/9/2019 | $ (30.00) | ONLINE TRANSFER FROM IMPOWERSOFT, INC BUSINESS CHECKING XXXXXX3351 REF #IBOSRTRWK ON 02/09/19 | | | | | | | | | $ (30.00) | | | | | | | | |
| 2/9/2019 | $ 650.00 | PURCHASE AUTHORIZED ON 02/08 CORKYS BBQ KATY TX 190214 524771994564695 SQUARE MELONS, INC. | $ 650.00 | | | | | | | | | | | | | | | | |
| 2/9/2019 | $ (1.95) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190214 524771994564695 SQUARE MELONS, INC. | | | | | | | | | | | | | | | | | |
| 2/9/2019 | $ 50.00 | INTUIT PYMT SOLN DEPOSIT 190214 524771994564695 SQUARE MELONS, INC. | $ 50.00 | | | | | | | | | | | | | | | | |
| 2/16/2019 | $ (44.02) | PURCHASE AUTHORIZED ON 02/09 JACK IN THE BOX 39 KATY TX S309059982668090 CARD 5355 | | | | | | | $ (44.02) | | | | | | | | | | |
| 2/19/2019 | $ (38.91) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190217 524771994564695 SQUARE MELONS, INC. | | | | | | | | $ (38.91) | | | | | | | | | |
| 2/19/2019 | $ (80.00) | PURCHASE AUTHORIZED ON 02/16 COMCAST HOUSTON CS 800- 266-2278 TX S46904735855493S CARD 5355 | | | | | | | | | | $ (80.00) | | | | | | | |
| 2/19/2019 | $ 1,280.00 | INTUIT PYMT SOLN DEPOSIT 190217 524771994564695 SQUARE MELONS, INC. | $ 1,280.00 | | | | | | | | | | | | | | | | |
| 2/15/2019 | $ (35.00) | OVERDRAFT FEE FOR A TRANSACTION RECEIVED ON 02/15 $420.00 CHECK # 00100 | | | | | | | | | $ (35.00) | | | | | | | | |
| 2/15/2019 | $ (420.00) | CHECK # 100 - Darnella Rodriguez | | | | | | | | | | | | | $ (420.00) | | | | |
| 2/20/2019 | $ (18.07) | RECURRING PAYMENT AUTHORIZED ON 02/19 EiGT*hostgator.com 713-5745287 MA S38905104035602B CARD 5355 | | | | | | | | | | | | | | $ (18.07) | | | |
| 2/25/2019 | $ (25.75) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE 190224 524771994564695 SQUARE MELONS, INC. | | $ (25.75) | | | | | | | | | | | | | | | |
| 2/25/2019 | $ (79.24) | BUSINESS TO BUSINESS ACH US Insurance Fun Payments 190225 1081-129835 Safeer Hassan | | | | | $ (79.24) | | | | | | | | | | | | |
| 2/25/2019 | $ (9.47) | 2 Houston TX P00309052570812237 CARD 5355 | | | | | | $ (9.47) | | | | | | | | | | | |
| 2/25/2019 | $ (128.42) | PURCHASE AUTHORIZED ON 02/22 EXPRESS ENERGY 844-361- 2080 TX S589055549816764 CARD 5355 | | | | | | | | | | $ (128.42) | | | | | | | |
| 2/25/2019 | $ (12.56) | PURCHASE AUTHORIZED ON 02/22 TX(AG 888 468 9824 888- 4689824 TX S469053547223837 CARD 5355 | | | | | $ (12.56) | | | | | | | | | | | | |
| 2/25/2019 | $ (490.71) | RECURRING PAYMENT AUTHORIZED ON 02/22 Texans Energy 281-2827906 TX S389055345050509 CARD 5355 | | | | | | | | | | $ (490.71) | | | | | | | |
| 2/25/2019 | $ (22.22) | PURCHASE AUTHORIZED ON 02/22 AMERICAN L & P CO 832-804- 7511 TX S469053554487859 CARD 5355 | | | | | | | | | | $ (22.22) | | | | | | | |
| 2/25/2019 | $ 750.00 | INTUIT PYMT SOLN DEPOSIT 190224 524771994564695 SQUARE MELONS, INC. | $ 750.00 | | | | | | | | | | | | | | | | |
| 2/26/2019 | $ (99.42) | CPENERGY ENTEX ENT ACH EB 000040705524 CNP | | | | | | | | | | $ (99.42) | | | | | | | |
| 2/26/2019 | $ (57.70) | RICHMOND TX P00469058043575885 CARD 5355 | | | | | $ (57.70) | | | | | | | | | | | | |
| 2/28/2019 | $ (25.75) | PURCHASE AUTHORIZED ON 02/28 SHELL Service Station 190228 524771994564695 SQUARE MELONS, INC. | | $ (25.75) | | | | | | | | | | | | | | | |
| 2/28/2019 | $ (100.00) | BUSINESS TO BUSINESS ACH INTUIT PYMT SOLN TRAN FEE ONLINE TRANSFER TO IMPOWERSOFT, INC BUSINESS CHECKING | | | | $ (100.00) | | | | | | | | | | | | | |
| 2/28/2019 | $ (18.39) | XXXXXX3351 REF #IBDSYKCBM3 ON 02/28/19 TX S389057527583446 CARD 5355 | | | | | | | $ (18.39) | | | | | | | | | | |
| 2/28/2019 | | PURCHASE AUTHORIZED ON 02/26 TACO CABANA 20182 KATY | | | | | | | | | | | | | | | | | |

| Date | Description | Amount | Category | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2/28/2019 | INTUIT PYMT SOLN DEPOSIT 190228 524771994564695 SQUARE | $ 750.00 | | | | | | | |
| | MELONS, INC. | | | | | | | | |
| | TOTALS | $ 5,790.00 | $ (174.72) | $ (79.24) | $ (5,508.77) | $ (110.74) | $ (31.80) | $ (610.39) | $ (70.00) | $ - | $ (705.94) | $ (2,192.23) | $ (101.95) | $ - | $ (2,086.80) |
| | | | Cost of Rev | Cost of Rev | G&A | Selling & Marketing | G&A | G&A | G&A | Selling & Marketing | G&A | G&A | Insider Comp | Notes Payabl | Notes Payable |

For MOR-7:

| | | |
|---|---|---|
| Cost of Rev | $ (5,683.49) | |
| G&A | $ (4,655.41) | |
| Insider Comp | $ (101.95) | |
| Selling & Marketing | $ (110.74) | |
| Total OpEx | $ (4,868.10) | |
| | | |
| Notes Payable (Secured) | $ (2,086.80) | |
| Utilities | $ (906.26) | |
| Insurance | $ (79.24) | |
| Travel & Entertainment | $ (249.53) | |
| Repairs/Maintenance/Supplies | $ (737.74) | |
| Administrative & Selling | $ (8,556.11) | |
| Other (Owner Draw) | $ (101.95) | |
| Total Expenses | $ (10,630.83) | |
| TOTAL DISBURSEMENTS | $ (12,717.63) | |
| NET CASH FLOW | $ (6,987.63) | |