**Fill in this information to identify the case:**

Debtor name: **Square Melons, Inc**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): **18-35304**

☑ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | 32 | Hooten Family Trust<br>11111 Katy Freeway Suite 535<br>Houston, TX 77079 |
| | List the contract number of any government contract | | |

**Square Melons, Inc.**
**Ongoing Projects**

### Current (One-Time) Development Projects

| Project Name | Address | Project Type | % Complete | Total Contract Price | Total To Be Billed w/ Future Milestones |
|---|---|---|---|---|---|
| Alara Garage | 3233 West 11th Street, Houston, TX 77008 | Website | 80% | $ 2,165.00 | $ 1,000.00 |
| Alara Racing | 3233 West 11th Street, Houston, TX 77008 | Website | 60% | $ 2,500.00 | $ 1,250.00 |
| Clemtex | 248 McCarty Drive, Houston, TX 77029 | Web Application | 80% | $ 26,715.00 | $ 13,500.00 |
| Kubosh Law | 1619 Lubbock Street Houston, TX 77007 | Web Application | 30% | $ 141,992.00 | $ 50,000.00 |
| MedSpa | 308 S Friendswood, Suite 110, Friendswood TX 77546 | Website | 50% | $ 1,300.00 | $ 650.00 |
| Quail Construction | 7435 Pipe Creek Lane, Richmond, TX 77407 | Website | 25% | $ 2,000.00 | $ 1,000.00 |
| Quotogo | 108 Elk Run Dr, Conroe, TX 77384 | Web Application | 95% | $ 31,793.00 | $ 7,800.00 |
| Mia Diamonds | 12999 Murphy Rd, Suite C2, Stafford, TX 77477 | Website | 80% | $ 675.00 | $ 675.00 |

### Current Month to Month Service Clients

| Project Name | Service Type | Monthly Billing |
|---|---|---|
| Alara Garage | SEO | $ 750.00 |
| Costectomy | Maintenance | $ 600.00 |
| CUE - Elite Rewards Group | SEO | $ 1,350.00 |
| CUE - Armor Resort Services | SEO | $ 750.00 |
| Transco Labs | Email Hosting | $ 50.00 |
| The Apex Organization | Email Hosting | $ 10.00 |
| Impowersoft | Email Hosting | $ 70.00 |
| Boardwalk Insurance | SEO & Email Hosting | $ 620.00 |
| Gulf Coast Urology | SEO | $ 1,020.00 |
| GotGrillz | SEO | $ 900.00 |
| University Mazda | SMO | $ 750.00 |
| University Kia | SMO | $ 750.00 |
| G2 Precision | Email Hosting | $ 80.00 |