UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   SQUARE MELONS, INC. | § | CASE NO.   18-35304 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE JONES |

<u>NOTICE OF FILING OF FIRST & FINAL APPLICATION
OF TRUSTEE'S ACCOUNTANT</u>

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.
REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE DEBTORS, ALL CREDITORS AND PARTIES IN INTEREST:

Please take notice that the firm of William G. West, P.C., C.P.A. ("C.P.A."), Accountant for the Chapter 7 Trustee of Estate of Square Melons, Inc. has filed its First & Final Fee Application. In the Application, C.P.A. requests the Bankruptcy Court to allow $6,587.50 as compensation for services rendered and $36.85 as reimbursement for expenses incurred for the period of May 30, 2019 through February 2, 2021. The Application was filed with the Clerk of the United States Bankruptcy Court, 515 Rusk, 5th Flr Admin Offices, Houston, TX 77002 on the date of this notice and may be reviewed during normal business hours between 8:00 a.m. and 5:00 p.m., Monday through Friday.  A copy of the Application may also be obtained by telephonic or written request to the undersigned.

DATED this the 19th day of March, 2021.    Respectfully Submitted,

*/s/ William G. West, C.P.A.*
William G. West, C.P.A.
12837 Louetta Rd, Suite 201
Cypress, Texas 77429
281-807-7811

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed or delivered a true and correct copy of the foregoing Notice of First & Final Fee Application, by U.S. First Class Mail or email to the debtors, debtors attorney, the debtors creditors, and those requesting service pursuant to Rule 2002 of the local Bankruptcy Rules and a complete set of the pleadings to the U.S. Trustee, and the Trustee, by U.S. first Class mail or email on this the 19th day of March, 2021.

*/s/ William G. West*
William G. West

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 18-35304<br>Southern District of Texas<br>Houston<br>Mon Feb  1 14:47:53 CST 2021 | Square Melons, Inc<br>10849 Kinghurst Street, Suite 135<br>Houston, TX 77099-3493 | (p)WILLIAM G WEST PC CPA<br>12837 LOUETTA ROAD<br>SUITE 201<br>CYPRESS TX 77429-5611 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Amailey Plumbing<br>One Sugar Creek Center Blvd, Suite 880<br>Sugar Land, TX 77478-3557 | Amailey Plumbing, LLC<br>c/o Anabel King<br>Wauson-Probus<br>One Sugar Creek Center Blvd., Suite 880<br>Sugar Land, TX 77478-3557 |
| Ascentium Capital<br>PO Box 301593<br>Dallas, TX 75303-1593 | BBVA Compass Bank<br>PO Box 192<br>Birmingham, AL 35201-0192 | Batool Hassan<br>6107 Baron Hill Lane<br>Sugar Land, TX 77479-5498 |
| Benchmark Auto<br>4455 LBJ Freeway Suite 1200<br>Dallas, TX 75244-5919 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Hooten Family Trust<br>11111 Katy Freeway Suite 535<br>Houston, TX 77079-2110 |
| Mighty Inyang<br>2616 S Loop W., Suite 210<br>Houston, TX 77054-2789 | Safeer Hassan<br>6107 Baron Hill Lane<br>Sugar Land, TX 77479-5498 | Stephens, PLLC<br>2616 South Loop Way Suite 210<br>Houston, TX 77054-2789 |
| TBF Financial LLC<br>740 Waukegan Rd Suite 404<br>Deerfield, IL 60015-5505 | The Apex Organization, Inc.<br>10849 Kinghurst Street, Suite 135<br>Houston, TX 77099-3493 | Transco Labs LLC<br>9100 Southwest Freeway, Suite 201<br>Houston, TX 77074-1513 |
| U.S. Trustee<br>515 Rusk, Suite 3516<br>Houston, TX 77002-2604 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Jessica Lee Hoff<br>Hoff Law Offices PC<br>440 Louisiana St., Suite 850<br>Houston, TX 77002-1664 |
| Randy W Williams<br>Byman & Associates PLLC<br>7924 Broadway<br>Suite 104<br>Pearland, TX 77581-7933 | | |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| William G. West, P.C., CPA<br>12345 Jones Rd<br>Suite 214<br>Houston, TX 77070 | Department of the Treasury<br>IRS<br>Ogden, UT 84201-0005 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Amailey Plumbing, LLC

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22