UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-35304 |
| | § | |
| SQUARE MELONS, INC | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 09/24/2018. The case was converted to one under Chapter 7 on 03/11/2019. The undersigned trustee was appointed on 03/11/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $8,814.27

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $6.12 |
    | Bank service fees | $110.76 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $8,697.39 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/01/2021 and the deadline for filing government claims was 09/07/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,631.43. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,631.43, for a total compensation of $1,631.43[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $61.25, for total expenses of $61.25.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/08/2021                         By:  /s/ Randy W. Williams
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 18-35304-H4-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | SQUARE MELONS, INC | Date Filed (f) or Converted (c): | 03/11/2019 (c) |
| For the Period Ending: | 11/8/2021 | §341(a) Meeting Date: | 04/10/2019 |
| | | Claims Bar Date: | 11/01/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  BBVA Compass Checking 8875 | $7,824.00 | $7,824.00 | | $0.00 | FA |
| 2  Security Deposit | $2,447.29 | $2,447.29 | | $0.00 | FA |
| 3  Accounts receivable 90 days old or less | $8,000.00 | $8,000.00 | | $0.00 | FA |
| 4  Work in progress Development Projects: Alara Garage Website 80% Complete 1,000.00, Alara Racing Website 60% Complete 1,250, Clemtex Web Application 80% Complete 13,500, Kubosh Law Web Application 30% Complete 50,000, MedSpa Website 50% Complete 650.00, Quail Construction Website 25% Complete 1,000, Quotogo Web Application 95% Complete 7,800, Mia Diamonds Website 80% Complete $675.00 *** Projected Amounts Due Upon Completion, Amounts Can Change if the Projects vary. | $75,875.00 | $75,875.00 | | $0.00 | FA |
| 5  Month to Month Service Clients Alara Garage SEO $ 750.00 Costectomy Maintenance $ 600.00 CUE - Elite Rewards Group SEO $ 1,350.00 CUE - Armor Resort Services SEO $ 750.00 Transco Labs Email Hosting $ 50.00 The Apex Organization Email Hosting $ 10.00 Impowersoft Email Hosting $ 70.00 Boardwalk Insurance SEO & Email Hosting $ 620.00 Gulf Coast Urology SEO $ 1,020.00 GotGrillz SEO $ 900.00 University Mazda SMO $ 750.00 University Kia SMO $ 750.00 G2 Precision Email Hosting $ 80.00 | $7,700.00 | $7,700.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| Case No.: | 18-35304-H4-7 | Trustee Name: | Randy W. Williams |
| Case Name: | SQUARE MELONS, INC | Date Filed (f) or Converted (c): | 03/11/2019 (c) |
| For the Period Ending: | 11/8/2021 | §341(a) Meeting Date: | 04/10/2019 |
| | | Claims Bar Date: | 11/01/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6  Tripp Lite SRW9U Wall Mount Server Rack Cabinet Computer Monitor Mount (Generic) TV Mount (Generic) Schlage FE595 Oil Rubbed Bronze Keypad Door Lock Schlage F40ACC613 Privacy Oil Rubbed Bronze Door Lock Generic Mechanical High Strenght Genesis Building Materials 745-00 2x4' Smooth Pro Lay-in Ceiling Tiles - White Generic 6' HDMI Cable Generic 10' HDMI Cable Generic 35' HDMI Cable Leegoal 6' SVGA Male to Male Cable Generic 100' HDMI Cable WALI Floating 2 Shelf System Ematic TV Wall Mount Kit with Cable Mgmt VideoSecu Pair of Side Clamping Shelves Solar Gard Film for Panel Windows (includes labor) Thermal Spray-on Insulation and Coating for 1,300 SF Customer Selected Panel Art from Houzz (includes tax and shipping) - 15 Pieces Barcelona Style Leather Chairs - Black Leather Chrome Finish Glass End Table Palisander Style Plywood Lounge Chair - PU Black Leather Glacier Bay N2428RB 1.28G Commode - White Glacier Bay GB24P2COM White 30.5" Vanity - White Rectangular Wall Bathroom Mirror Glacier | $21,616.15 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3      Exhibit A

| Case No.: | 18-35304-H4-7 | Trustee Name: | Randy W. Williams |
| Case Name: | SQUARE MELONS, INC | Date Filed (f) or Converted (c): | 03/11/2019 (c) |
| For the Period Ending: | 11/8/2021 | §341(a) Meeting Date: | 04/10/2019 |
| | | Claims Bar Date: | 11/01/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | 1.66 cu ft Compact Fridge with Freezer Black Duracabinet Pro II 6-piece Garage Storage 5' x 8' Acryllic Signage Kiddie Pro KID466204 Tri-class Dry Chemical Fire Extinguisher - 10 lbs. 9' Commercial Doors with Frame and Installation - Left Swing (used) 9' Commercial Doors with Frame and Installation - Right Swing (used) 72" Kitchen Counter with 18" sink (used) 1" Aluminium Blinds Foremost Modular Door Cube Storage System Delivery, Installation and Configuration of all items excluding fans and lights - Non-taxable. Scissor lift rental for 7 days. | $27,152.92 | $0.00 | | $0.00 | FA |
| 8 | 2001 Acura NFX Targa 13,000 used as a marketing tool. | $76,400.00 | $3,124.40 | | $0.00 | FA |
| Asset Notes: | See dkt. 78 | | | | | |
| 9 | Retainer paid to Hoff Law firm  (u) | $0.00 | $0.00 | | $7,500.00 | FA |
| 10 | Wells Fargo Bank Account  (u) | $0.00 | $0.00 | | $1,314.27 | FA |

**TOTALS (Excluding unknown value)**                                                                                                         **Gross Value of Remaining Assets**

$227,015.36        $104,970.69                $8,814.27        $0.00

**Major Activities affecting case closing:**
12/15/2020   Tax returns for 2020 to be filed during first quarter of 2021.  Case will proceed to TFR upon  payment of administrative professionals.
12/27/2019   Case is ready to close.  Will proceed to TFR upon completion of final tax return, payment of accountant and claims analysis.

**Initial Projected Date Of Final Report (TFR):**   09/30/2020      **Current Projected Date Of Final Report (TFR):**   03/31/2021      /s/ RANDY W. WILLIAMS
                                                                                                                                         RANDY W. WILLIAMS

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-35304-H4-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | SQUARE MELONS, INC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5621 | | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/24/2018 | | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 11/8/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/18/2019 | (9) | BBVA Compass cashiers check | Hoff retainer per court order | 1290-000 | $7,500.00 | | $7,500.00 |
| 03/25/2019 | (10) | Wells Fargo cashiers check | close account | 1229-000 | $1,314.27 | | $8,814.27 |
| 10/24/2019 | 3001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $3.17 | $8,811.10 |
| 10/07/2020 | 3002 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $2.95 | $8,808.15 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $14.67 | $8,793.48 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.27 | $8,780.21 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $14.16 | $8,766.05 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $14.14 | $8,751.91 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.75 | $8,739.16 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $14.10 | $8,725.06 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $14.53 | $8,710.53 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.14 | $8,697.39 |
| | | | TOTALS: | | $8,814.27 | $116.88 | $8,697.39 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,814.27 | $116.88 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $8,814.27 | $116.88 | |

| For the period of 9/24/2018 to 11/8/2021 | | For the entire history of the account between 03/18/2019 to 11/8/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,814.27 | Total Compensable Receipts: | $8,814.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,814.27 | Total Comp/Non Comp Receipts: | $8,814.27 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $116.88 | Total Compensable Disbursements: | $116.88 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $116.88 | Total Comp/Non Comp Disbursements: | $116.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-35304-H4-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | SQUARE MELONS, INC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5621 | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/24/2018 | Blanket bond (per case limit): | $7,000,000.00 |
| For Period Ending: | 11/8/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $8,814.27 | $116.88 | $8,697.39 |

**For the period of 9/24/2018 to 11/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $8,814.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,814.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $116.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $116.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/11/2019 to 11/8/2021**

| | |
|---|---|
| Total Compensable Receipts: | $8,814.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,814.27 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $116.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $116.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS

## CLAIM ANALYSIS REPORT

| | | |
|---|---|---|
| Case No.: | 18-35304-H4-7 | Trustee Name: Randy W. Williams |
| Case Name: | SQUARE MELONS, INC | Date: 11/8/2021 |
| Claims Bar Date: | 11/01/2021 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RANDY W. WILLIAMS  7924 Broadway, Suite 104 Pearland TX 77511 | 06/25/2021 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $1,631.43 | $1,631.43 | $0.00 | $0.00 | $0.00 | $1,631.43 |
| | RANDY W. WILLIAMS  7924 Broadway, Suite 104 Pearland TX 77511 | 05/19/2021 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $61.25 | $61.25 | $0.00 | $0.00 | $0.00 | $61.25 |
| 5 | U.S. TRUSTEE  515 Rusk, Suite 3516 Houston TX 77002 | 04/14/2020 | 507(A) 1 -- US TRUSTEE QUARTERLY FEES | Allowed | 2950-000 | $0.00 | $650.75 | $650.75 | $0.00 | $0.00 | $0.00 | $650.75 |

**Claim Notes:** (5-1) Quarterly Fees

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WILLIAM G WEST, P.C., C.P.A.  12837 Louetta Rd. SUITE 201 Cypress TX 77429 | 03/19/2021 | ACCOUNTANT COMPENSATION | Allowed | 3410-000 | $6,587.50 | $6,587.50 | $6,587.50 | $0.00 | $0.00 | $0.00 | $6,587.50 |

**Claim Notes:** See dkt. 84

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WILLIAM G WEST, P.C., C.P.A.  12837 Louetta Rd. SUITE 201 Cypress TX 77429 | 03/19/2021 | ACCOUNTANT EXPENSES | Allowed | 3420-000 | $36.85 | $36.85 | $36.85 | $0.00 | $0.00 | $0.00 | $36.85 |

**Claim Notes:** See dkt. 84

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BBVA COMPASS BANK  PO Box 192 Birmingham AL 35201-0192 | 10/24/2018 | UNSECURED | Allowed | 7100-000 | $51,526.31 | $51,569.48 | $51,569.48 | $0.00 | $0.00 | $0.00 | $51,569.48 |

**Claim Notes:** (1-1) Money Loaned

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | BBVA COMPASS BANK  PO Box 192 Birmingham AL 35201-0192 | 10/24/2018 | UNSECURED | Allowed | 7100-000 | $14,474.85 | $14,558.85 | $14,558.85 | $0.00 | $0.00 | $0.00 | $14,558.85 |

**Claim Notes:** (2-1) Money Loaned

**CLAIM ANALYSIS REPORT**

Page No: 2     Exhibit C

| | | |
|---|---|---|
| **Case No.** | 18-35304-H4-7 | **Trustee Name:** Randy W. Williams |
| **Case Name:** | SQUARE MELONS, INC | **Date:** 11/8/2021 |
| **Claims Bar Date:** | 11/01/2021 | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | TBF FINANCIAL LLC<br><br>740 Waukegan Rd Suite 404<br>Deerfield IL 60015 | 12/10/2018 | UNSECURED | Allowed | 7100-000 | $18,196.00 | $24,621.39 | $24,621.39 | $0.00 | $0.00 | $0.00 | $24,621.39 |
| 4 | AMAILEY PLUMBING, LLC<br>c/o Anabel King<br>Wauson-Probus<br>One Sugar Creek Center Blvd., Suite 880<br>Sugar Land TX 77478 | 02/01/2019 | UNSECURED | Allowed | 7100-000 | $91,598.00 | $91,598.00 | $91,598.00 | $0.00 | $0.00 | $0.00 | $91,598.00 |

**Claim Notes:**    (4-1) Breach of contract, breach of warranties, DTPA violations, etc.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| $191,315.50 | $191,315.50 | $0.00 | $0.00 | $0.00 | $191,315.50 |

# CLAIM ANALYSIS REPORT

| | |  | |
|---|---|---|---|
| **Case No.** | 18-35304-H4-7 | **Trustee Name:** | Randy W. Williams |
| **Case Name:** | SQUARE MELONS, INC | **Date:** | 11/8/2021 |
| **Claims Bar Date:** | 11/01/2021 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $1,631.43 | $1,631.43 | $0.00 | $0.00 | $0.00 | $1,631.43 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $61.25 | $61.25 | $0.00 | $0.00 | $0.00 | $61.25 |
| 507(A) 1 -- US TRUSTEE QUARTERLY FEES | $650.75 | $650.75 | $0.00 | $0.00 | $0.00 | $650.75 |
| ACCOUNTANT COMPENSATION | $6,587.50 | $6,587.50 | $0.00 | $0.00 | $0.00 | $6,587.50 |
| ACCOUNTANT EXPENSES | $36.85 | $36.85 | $0.00 | $0.00 | $0.00 | $36.85 |
| UNSECURED | $182,347.72 | $182,347.72 | $0.00 | $0.00 | $0.00 | $182,347.72 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 18-35304
Case Name: SQUARE MELONS, INC
Trustee Name: Randy W. Williams

|  |  |
|---|---:|
| Balance on hand: | $8,697.39 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $8,697.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Randy W. Williams, Trustee Fees | $1,631.43 | $0.00 | $1,582.24 |
| Randy W. Williams, Trustee Expenses | $61.25 | $0.00 | $59.40 |
| WILLIAM G WEST, P.C., C.P.A., Accountant for Trustee Fees | $6,587.50 | $0.00 | $6,388.88 |
| WILLIAM G WEST, P.C., C.P.A., Accountant for Trustee Expenses | $36.85 | $0.00 | $35.74 |
| U.S. Trustee, U.S. Trustee Quarterly Fees | $650.75 | $0.00 | $631.13 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $8,697.39 |
| Remaining balance: | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

UST Form 101-7-TFR (5/1/2011)

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $182,347.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | BBVA Compass Bank | $51,569.48 | $0.00 | $0.00 |
| 2 | BBVA Compass Bank | $14,558.85 | $0.00 | $0.00 |
| 3 | TBF Financial LLC | $24,621.39 | $0.00 | $0.00 |
| 4 | Amailey Plumbing, LLC | $91,598.00 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|

UST Form 101-7-TFR (5/1/2011)

Remaining balance: $0.00

UST Form 101-7-TFR (5/1/2011)